

FILED

AUG - 7 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## US District Court

## For The District Of Columbia

David Steven Braun
PO Box 563
Gallatin Gateway, MT 59730-0563
406-404-2027


      Plaintiff,

VS

Case: 1:15-cv-01266
Assigned To : Leon, Richard J.
Assign. Date : 8/7/2015
Description: FOIA/Privacy Act (I)

National Security Agency
9800 Savage Rd
Fort Meade, MD 20755-5999

      Defendant


### Complaint

The plaintiff brings this action for relief pursuant to the Privacy Act of 1974,  5 U.S.C. & 552a(g)(1)(b)   For the Privacy Act assigned tracking number 75899

### Jurisdiction

1.     This Court has jurisdiction over this action pursuant to 5 U.S.C. && 552a(g)(5),

### Venue

2.     Venue is appropriate in the District under 552a(g)(5).    It is in the District off Columbia.

### Parties

3.  David Steven Braun is a citizen of the United States and Resides in Gallatin County  Montana.

RECEIVED

JUL - 6 2015

Clerk, U.S. District and
Bankruptcy Courts

4. The defendant, the National Security Agency  is an agency within the meaning of 5  U.S.C. &  552a(a)(1), and is in possession and or control of the records pertaining to the FOIA/PA 75899

## Facts

1. The Plaintiff,   David Steven Braun has never been employed buy any branch off state federal or local government.    I halve also never signed any agreement or been employed buy any branch of the United States Military, including the NSA.

2. After returning from Washington where I filled my first Civil suite in Pearson at the clerk's window in 333 Constitution,   DC District of Columbia.  I made a privacy request to the NSA in April 2013.    At this time,  unfortunately my electronic problems were far from over.

3. I opened 4 Civil suites.

> Braun Vs St of Montana.    In Bozeman District
> Braun Vs Google
> Braun Vs Verizon
>
> Braun Vs US Government in Butte Federal

4. All off these request discovery/subpoenas into fabricated records, wiretap electronic surveillance issue's in my cell/landline and email accounts.    Their were at least two fictions tenants added to my rule Ski Condo Mailing address.

5. After an attorney introduced her self in Bozeman District and filled a brief asking to dismiss,  she was unable to verify that the facts were correct,  or whether she actually was retained and represented Google.   Google and Verizon were moved to Butte Federal.

6.  After moving Verizon to Butte Federal,  and returning the return receipt of process to the clerk in Butte in Pearson,   I received a call from my local sheriff.   He has refused to assist in any way,  and all off a sudden he wishes to meet with me.   I agreed to meet with him the Bozeman FBI office the next day.

7. He walked in,  put me hand cuffs,  dragged me to a sleazy mental facility on the out skirts off Bozeman. I was never charged,  or even provided a lawyer. I waited an hour in hand cuffs,  and in walked some kind off crisis counselor. I was sat in front off a computer screen,  asked my name and Birth Date. And all records off me in the facility were pulled up.  Their was a brief record of one previous contact,  the last time the guy on the other end off the Cell account had me dragged out of my ski Condo. At this point, I told this guy, It's obvious, I am not your patient, I am under no court order, and maid it very clear I am not hear willingly. I asked them to contact the District Judge that remanded the Verizon case to Federal Jurisdiction and after a bunch off arguing, I am released.  I guess one off the factious tenants on my cell phone billing address was actually their patient.

8. I then drove 6 hours to Salt Lake and physically walked in to the Major FBI hub.  The duty person suggested I visit with the guards at the NSA Salt Lake facility.  This triggered the attached Base security perimeter violation (Exhibit 17).  The only document really released in the Privacy act Request.

9. After returning to Big Sky.  It was quit obvious that I was pushing some ones buttons.  They were using local restraint and Townies to report my whereabouts.  They were trying to instantiate a bar fight.  The attached letter (Exhibit 13) was sent to NSA operations.  A day or two after it arrived,  it was obvious something had been corrected.

10. After this.  I affected proper service off Braun VS US Government in Butte. 60 Days later I was dismissed without Prejudice from Butte Federal.  Their were several other court cases include 2 miss domineers in Bozeman Justice court that were generated.

11. Except for the US Government, every thing was dismissed with prejudice. No discovery into any off my Cell or Email account was permitted.  Due to the inability to provide discovery, it was impossible to do even a summary Judgement.  They were dismissed when the problems were corrected.

12. In early December I sent the attached Privacy act request (Exhibit 2) with some other corroborating document to the FOIA office.  The resulting denial (Exhibit 3) assigned tracking number 75899 was dated January 7, 2014. I did appeal.  The NSA acknowledged the appeal (Exhibit 4),  and they are very untimely.  They halve yet to respond.

13. The agency was notified with attached Standard Form 95 (Exhibit 5,6,7)

14. It has taken over two and half year to correct these problems.  Due to the classified nature,  all discovery had been denied.   We halve simply corrected the problems and moved forward.   This has made it impossible to do any other kind off civil settlement other 552a(g).  So I am submitting this for financial re-imbursement.

15. I halve funded this,  and all my own living expense out off my own pocket.   I am currently on social security,  which is  very limiting.   It  provides basic health insurance.

16. Due to the amount off time,   the amount off stress,  the damage to my health,  I do not feel it is realistic for me to be able to continue in my previous carrier as a risk Manager, Hedge Fund trader.   I halve include a copy off my Resume (Exhibit 18).


Requested Relief


For the time,  damage,  pain and suffering etc.   I am simply requesting civil relief off 5,000,000 dollars a year for the rest off my life.   I felt that this number was appropriate.   I halve also been left fairly isolated.   This will allow me to provide security, and pursue hobbies and philanthropy and halve a quality off life that is now not possible.


Please note,   I am not accusing the NSA of negligence.   On the other hand,   I believe the Director was very helpful in correcting the problem.   But to due to the classified nature,  and the inability to provide any off the detailed records that would be needed to pursue a normal Civil process against the negligent entity,   I am requested that the amount simply be awarded from the General fund under G.

WHEREFORE, plaintiff  David Steven Braun  requests that the Court award him the requested relief:

1. expedite this action in every way pursuant to 28 U.S.C. § 1657 (a); and

2. grant such other relief as the Court may deem just and proper.

*David S Braun*

David Steven Braun
PO Box 563
Gallatin Gateway, MT 59730-0563
406-404-2027
Dbraun119@4securemail.com

6/31/2015



# Gallatin County
## Department of Geographic Information Systems

## Address Change Notification

Gallatin County is in the process of evaluating existing road names and address numbers throughout the County. The major purpose of this change will be to facilitate the easy and rapid location of properties by law enforcement, fire protection services, search and rescue and emergency medical services to protect public health and safety of all persons living, working or visiting in Gallatin County. Your physical structure addresses have been changed to comply with State of Montana Standards and Enhanced 911 National Emergency Numbering Association (NENA) guidelines.

**Name: David Braun**
**Mailing Address: PO Box 161490**
              **Big Sky, MT 59716-1490**

*Effective Date: March 1, 2011*
**Date of Notice:  January 5, 2011**

**Atlas Page: 60-2-D**

**Legal Description: Unit B10 of Firelight Meadows Condominiums**
              **Located on Lot 1 of Minor Subdivision #305**
              **Section 2 Township 7S Range 3E**

**Official New Address: 155 AURORA LIGHT DR Unit #B10**

**GALLATIN COUNTY, MONTANA**
Geographic Information Systems Department            Jenny Connelley
(406) 582-3049/3166                                 Authorized Agent

Exhibit 1B

— DETACH AT PERFORATION —

VERIFY PRESENCE OF ODH WATERMARK     HOLD TO LIGHT TO VIEW

# STATE OF OHIO
## OFFICE OF VITAL STATISTICS

### CERTIFICATION OF BIRTH

**STATE FILE NUMBER**      1968135679          **DATE RECORD FILED**     10/10/1968

**NAME**          DAVID STEVEN BRAUN

**DATE OF BIRTH**      09/30/1968          **SEX**          Male

**BIRTHPLACE**        OHIO

**MOTHER'S NAME**      SUSAN  BRAUN          **FATHER'S NAME**      HARVEY ALAN BRAUN

**MAIDEN NAME**       WIGODSKY

**MOTHER'S BIRTHPLACE**   OHIO          **FATHER'S BIRTHPLACE**  OHIO

**Note:**                     This is a true certification of the name and birth facts as recorded in
the Office of Vital Statistics, Columbus, Ohio.  Witness my
signature and seal of the Department of Health this   11 day of
March, 2013

State Registrar of Vital Statistics



CENTRAL LOCATION

REV. 6/2009

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

# application for post Office Box™ Service

*Fill out all non-shaded fields, and take this application to the Post Office*

1. This service is for *(Required selection):*     ☐ Business/Organization Use     ☒ Residential/Personal Use

2. Name of Business/Organization *(if applicable)*:

3. Name of Person Applying *(Last, First, MI — include title if representing a business/organization):*     **David Steven Braun**

4. Address: Number, Street, Suite _____     Verify initials

    155 Aurora Light Dr B10

    City   **Big Sky**                              State   **MT**   ZIP+4®   **59716**

5. Telephone Number *(include Area Code)*                      6. Email Address

7. Box Size(s) (Required) *See page 1 for details*     ☒ Size 1     ☐ Size 2     ☐ Size 3     ☐ Size 4     ☐ Size 5

8. Applicant must select and enter the ID Number for two items of valid identification listed below. You must present the IDs at a Post Office. One item must contain a photograph and one must be traceable to the bearer (prove your physical address). Both must be current.

    **Select one photo ID:**

    ☒ Valid driver's license or state non-driver's ID card

    ☐ Armed forces, government, university, or recognized corporate ID

    ☐ Passport, passport card, alien registration card, or certificate of naturalization

    **Select one non-photo ID:**

    ☐ Current lease, mortgage, or deed of trust

    ☒ Voter or vehicle registration card

    ☐ Home or vehicle insurance policy

    Photo ID Number:   **MTDL** [         ] **4130**        Non-Photo ID Number: _____

    Verify initials (For Post Office Use Only) _____

9. On the *back of this form*, list the name(s) of all individuals, including members of a business, who will be receiving mail at this (these) PO Box number(s).

10. On the *back of this form*, list the names of the persons or representatives of the business/organization authorized to pick up mail addressed to this (these) PO Box number(s).

**Optional Automatic Renewal Payment — Terms and Agreement (Required for 3-month payment option)**

By initialing below and establishing automatic renewal payments at a Post Office, I hereby authorize the U.S. Postal Service® (USPS®) to charge my credit card for the amount of my designated box size per USPS pricing on the scheduled interval I have selected (i.e., 3, 6, or 12 months). This charge could appear on my credit card statement as early as the 15th of the month prior to the due date. If I provided my email address, I understand that I will receive email notification at least 10 days prior to the actual credit card charge. I will also receive a payment due notice in my PO Box before the payment due date. I understand that I may cancel the automatic payment option any time after the initial application/payment process is complete during the business hours at the Post Office where my box is located. If I do not cancel by the 14th of the month prior to the next payment due date, I understand that the payment will be charged to my credit card. I understand that if the payment cannot be transacted due to incorrect or obsolete payment information or the transaction would exceed the credit limit of the account, or the bank or credit card company rejects/returns the payment request, my PO Box may be closed and any mail received after closure would be returned to the sender. If my PO Box is closed for nonpayment, I understand that I could be charged a late payment fee to reactivate my PO Box service. If there are any changes to my credit card number, billing address, or expiration date, I agree to notify the Post Office where my box is located of these changes. I understand that this agreement will remain in effect until I or USPS terminates the PO Box service. The USPS may receive updated credit card account information from the institution that issued the card identified for payment. If I decide to close my PO Box, I must visit the Post Office where my box is located during business hours. (See the PO Box refund policy for information on refunds.) The USPS may terminate my participation under this automatic payment agreement in the event I provide incorrect, false, or fraudulent account information or if I have any returned payment items.

**Customer Initials** _____     **Billing Address** *(if different from address in 4 above)*

Number, Street, Suite _____

City _____     State _____   ZIP+4® _____

| Application Date | Number of Keys Issued | Customer Eligible for No-Fee Service | |
|---|---|---|---|
| 6-8-2015 | | ☐ Yes   ☐ No | |

**Signature of Applicant** *(Same as item 3)* I certify that all information furnished on this form is accurate, truthful, and complete. I understand that anyone who furnishes false or misleading information on this form or omits information requested on this form may be subject to criminal and/or civil penalties, including fines and imprisonment.

*[signature]*

Post Office Date Stamp

U.S Department of Justice      **Certification of Iden..y** 

EXHIBIT 10

FORM APPROVED OMB NO. 1103-0016
EXPIRES 10/31/13

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _____ David Steven Braun _____

Citizenship Status [2] _____ USA _____ Social Security Number [3] _____ 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 _____

Current Address _____ PO Box 563  Gallatin Gateway, MT 59730-0563 _____

Date of Birth _____ 09-30-1968 _____ Place of Birth _____ Cleveland Ohio, USA _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _____ David S Braun _____ Date _____ 6-30-15 _____

## OPTIONAL:  Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

### Print or Type Name

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

Marie K Rapp    6/30/2015

MARIE K. RAPP
Notary Public
for the State of Montana
Residing at:
Big Sky, Montana
My Commission Expires:
October 10, 2016

MARIE K RAPP
NOTARIAL
SEAL
STATE OF MONTANA

FORM DOJ-361

Privacy A  Request

Delivered  11/25/2013
To Ft George G Meade, FOIA office

David Steven Braun
155 Aurora Light DR B10
PO Box 161950
Big Sky, MT 59716-1950
406-993-2448

PA  Request

NSA  PA office

Included is a bunch off communications.  Please take this as an official request for records response to any investigations that you are aware off as a result.   Included is a copy of my NCIC file obtained the Gallatin County court house.   It has three people associated with this House/Phone numbers.   With the previous FOIA/PA request, I was wondering if you are aware of any Wire Taps, or court orders or any reason from any entity of government.   As we halve previously mentioned, I filed suite as your FOIA suggested.   It has wasted allot off time,   I guess there halve been some criminal things found, but the courts halve refused to reward any kind off financial compensation.   Are you aware off any reason for this.

Does the FOIA office,  or any other entity of the NSA halve any way off granting any kind off Financial assistance or compensation as a result off the negligence bye any branch off Government.  Including FBI and local police.

Could you also request,  has any one tried to introduced them self's as my  attorney or DR.  Or any reason that other than a FOIA office, any other government agency won't even take a report or conduct any kind off investiation.

There was deposition in State Senator's Howard Testors Bozeman office.   An aid Jenifer Dynamic was present.  I believe that this was around 2009-2010.  It was cataloged as David Braun.  I gave my previous land line, 406-993-9663.   Can you find any records, response to this inquirer.   This was around the time that Libya was bombed for 30 days and I believe on UPN the NSA conducted the Large scale sweep for aberrant signals.   This was the general vain off the discussion.  I believe that I heard something about this on UPN several years later.

Are you aware, or is it in the FOIA offices capabilities to tell me as a result has there been any kind off electronic surveillance, GPS,  wire tap's,  internet or email monitoring bye any branch or entity off the government, or any one else for that matter. I halve been told that there were some kind off court order.  I am unaware off anything,  and now I see these fictitious entries in the NCIC database.  If you ask or write a court,  or judge, they are very unresponsive.   The attorneys won't settle and for what

ever the reason no money is dispensed, even social security.   Any light you could shed on this, assistance you can give would be appreciated.


David S Braun



NATIONAL SECURITY AGENCY
CENTRAL SECURITY SERVICE
FORT GEORGE G. MEADE, MARYLAND 20755-6000

PA Case: 75899
7 January 2014

**RESTRICTED DELIVERY**

Mr. David S. Braun
155 Aurora Light DR B10
PO BOX 161950
Big Sky, MT 59716-1950

Dear Mr. Braun:

This responds to your 22 November 2013 Privacy Act (PA) request, which was received by this office on 4 December 2013. We have previously responded to requests from you (cases 70340 and 73565) and explained that your request for information relating to local law enforcement and identity theft issues do not fall within this Agency's intelligence mission or Information Assurance mission. However, based on conversations you have had with this office, we have interpreted your most recent request to be for any new records created since the time of your prior FOIA requests that may reflect records this Agency maintains on to you and visits to any of this Agency's facilities. This request has been assigned Case Number 75899 and has been processed under the provisions of the Freedom of Information Act (FOIA) and the PA.

The only documents located reflect your visit to the Utah Data Center. Those documents are enclosed. There are no fees associated with the processing of your case since your request meets the requirements of the PA for which there are no fees. Please be assured that all personal records are maintained on a strict need-to-know basis and access is limited to duly authorized personnel.

This Agency is authorized by statute to protect certain information concerning its activities, as well as the names of its employees. Such information is exempt from disclosure pursuant to the third exemption of the FOIA, which provides for the withholding of information specifically protected from disclosure by statute. The specific statute applicable in this case is Section 6, Public Law 86-36 (50 U.S. Code 3605, formerly 50 U.S. Code 402 note). This same information is also exempt from disclosure under the PA pursuant to the provisions of Public Law 86-36. We have determined that such information exists in these records, and we have excised it accordingly.

PA Case: 75899

Certain information has been deleted from the enclosures under the (k)(2) exemption of the PA which exempts investigatory material compiled for law enforcement purposes. In addition, Exemption 7 of the FOIA protects from disclosure records or information compiled for law enforcement purposes. This includes information that, if released, would reveal law enforcement techniques or procedures. We have determined that such information exists in these records, and it has been withheld under (b)(7)(E). This same information is also exempt pursuant to (b)(3) as stated above.

The Initial Denial Authority for NSA information is the Associate Director for Policy and Records, David J. Sherman. Since the deletions from the enclosed documents, may be construed as a partial denial of your request, you are hereby advised of this Agency's appeal procedures. Any person denied access to information may file an appeal to the NSA/CSS FOIA/PA Appeal Authority. The appeal must be postmarked no later than 60 calendar days after the date of the denial letter. The appeal shall be in writing addressed to the NSA/CSS FOIA/PA Appeal Authority (DJ4), National Security Agency, 9800 Savage Road STE 6248, Fort Meade, MD 20755-6248. The appeal shall reference the initial denial of access and shall contain, in sufficient detail and particularity, the grounds upon which the requester believes release of information is required. The NSA/CSS FOIA/PA Appeal Authority will endeavor to respond to the appeal within 20 working days after receipt.

In addition, on behalf of the FBI, an FBI employee name has been deleted from the NSA documents pursuant to (b)(6) and (b)(7)(C) of the FOIA.

As we previously advised you, we will not accept additional requests for information that we have already addressed previously in our responses to you. They will be filed with your prior requests with no further action from this Agency.

Sincerely,

PAMELA N. PHILLIPS
Chief
FOIA/PA Office

Encls:
a/s



Exhibit 4

Appeal
Acknoledgement



## NATIONAL SECURITY AGENCY
### FORT GEORGE G. MEADE, MARYLAND 20755-6000

Case No:  75899 / Appeal No:  3907
7 February 2014

Mr. David S. Braun
155 Aurora Light DR B10
PO BOX 161950
Big Sky, MT  59716-1950

Dear Mr. Braun:

This acknowledges receipt of your correspondence, dated 22 January 2014, appealing the National Security Agency's (NSA's) denial of your Freedom of Information Act (FOIA) request of 22 November 2013 for any new records created since the time of your prior FOIA requests (Cases 70340 and 73565) that may reflect records this Agency maintains on you and visits to any of this Agency's facilities.  Your appeal was received by the NSA Office of Associate General Counsel (Litigation) on 3 February 2014 and has been assigned Appeal Number 3907.

Please be advised that appeals are processed in the order in which they are received, on a first-in, first-out basis.  At this time, there are a large number of appeals ahead of yours in our queue.  We will begin to process your appeal and will respond to you again as soon as we are able.  We appreciate your understanding in this matter.

Correspondence related to your request should include the case and appeal numbers assigned to your request and be addressed to the National Security Agency, Office of Associate General Counsel (Litigation), FOIA/PA Appeals, 9800 Savage Road, Suite 6278, Fort George G. Meade, MD  20755-6278; or it may be sent via facsimile to 443-479-1111.  If sent by fax, it should be marked for the attention of "FOIA Appeals."  For inquiries regarding the status of your appeal, please contact this office via email at FOIA_Appeal_Status@nsa.gov.

Sincerely,

Brian C.
FOIA/PA Appeals Program Manager
Office of Associate General Counsel (Litigation)

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the ...uctions on the reverse side and supply information requested o... .h sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

Exhibit 5

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Office Of General Council<br>National Security Agency<br>9800 Savage Rd, Fort Meade, MD 20755 | David Steven Braun<br>PO Box 161950<br>Big Sky, MT 59716-1950 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 09-30-1968 | Single | 1-7-2014 | |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

There have been consistent problem's, including wire taps, mikkies, computer hacking etc.   There should be significant records catalogued under this FOIA/PA 75899.   I think most off the criminal behaviour has been corrected or stopped, but you cannot role back time.   This is a request for financial compensation for negligence.   See Attached complaint. I halve included interesting reading.   I'm not sure off your office's ability to pursue criminal charges.   Please feel free to do so.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

There halve been several medical events, including mikes and lost medical review transcripts.   I halve been handled poorly bye the police.   And treated poorly bye the government.   Letters are not even responded to.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| | | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| | 5,000,000 / Year | | 5,000,000 / Year |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | 406-404-2027 | 1/28/2014 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government.  (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| | |
|---|---|
| 15. Do you carry accident Insurance?  ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. | ☒ No |

| | |
|---|---|
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☒ No | 17. If deductible, state amount. |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

| | |
|---|---|
| 19. Do you carry public liability and property damage insurance?   ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). | ☒ No |

---

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

#### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

---

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

---

### PAPERWORK REDUCTION ACT NOTICE

This notice is *solely* for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK


Exhibit 6

**≊USPS.COM**                                                Search or Enter a Tracking Number

| Quick Tools | Mail & Ship | Track & Manage | Postal Store | Business | International | Help |

# USPS Tracking™


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

---

Tracking Number: 9402811899560042899529

Updated Delivery Day: Tuesday, March 11, 2014

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™

Up to $50 insurance included
Restrictions Apply

## Available Actions

Return Receipt Electronic

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 12, 2014 , 7:02 am** | Delivered | **FORT GEORGE G MEADE, MD 20755** |

Your item was delivered at 7:02 am on March 12, 2014 in FORT GEORGE G MEADE, MD 20755.

| | | |
|---|---|---|
| March 11, 2014 , 2:42 pm | Available for Pickup | FORT GEORGE G MEADE, MD 20755 |
| March 10, 2014 , 9:49 am | Available for Pickup | FORT GEORGE G MEADE, MD 20755 |
| March 10, 2014 , 9:37 am | Arrived at Unit | FORT GEORGE G MEADE, MD 20755 |
| March 10, 2014 , 9:22 am | Available for Pickup | FORT GEORGE G MEADE, MD 20755 |
| March 10, 2014 , 4:03 am | Departed USPS Facility | CAPITOL HEIGHTS, MD 20790 |
| March 10, 2014 , 3:43 am | Arrived at USPS Facility | CAPITOL HEIGHTS, MD 20790 |
| March 7, 2014 , 1:28 pm | Departed USPS Facility | BILLINGS, MT 59101 |
| March 6, 2014 , 10:53 pm | Arrived at USPS Origin Facility | BILLINGS, MT 59101 |
| March 6, 2014 , 9:38 pm | Accepted at USPS Origin Sort Facility | BIG SKY, MT 59716 |

## Track Another Package

Tracking (or receipt) number

[                                        ]                    Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



**UNITED STATES**
**POSTAL SERVICE**₌

Exhibit 7

Date: June 29, 2015

David Braun:

The following is in response to your June 29, 2015 request for delivery information on your Certified Mail™/RRE item number 9402811899560042899529.  The delivery record shows that this item was delivered on March 12, 2014 at 7:02 am in FORT GEORGE G MEADE, MD  20755. The scanned image of the recipient information is provided below.

Signature of Recipient :


Address of Recipient :


Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

David Steven Braun
PO Box 161950
Big Sky, MT 59716-1950
406-404-2027

Office Of General Council
National Security Agency
9800 Savage Rd, Fort Meade, MD 20755

NSA

Please take this as an official request to process my standard form 95 for all records cataloged under 75899.  Included is a bunch off interesting reading.  Please feel free to investigate or include any thing you find interesting in the included documents.  I'm not sure jurisdictionally if you can pursue criminal charges but feel free to give them to the FBI if this is not under your jurisdiction.

I would like to note.  I believe that Security operations dispensed a memory deadening drug as I returned from DC early last year.  I applied for social security benefits.   There has been a calamity off errors.  It has taken over a year for the approval and dispensing off the first check into my bank account. I still halve not received the lump sum payment that I am entitled to in my benefit letter.  I recently called yesterday.  They said it went through two off the three required sign off's  but now there is yet again another glitch and it will require as much as two more weeks before the payment is made or a response is sent in writing.   If I did not keep calling, this would halve simply kept sitting there in mindless burocrasies.   I personally wonder if there is not a room or a malicious programmer creating all these problems.  This is slam dunk case, I halve been deprived without the basic 2500 dollar check for over a year.

Include is a copy off my resume.  I left JP Morgan in 2007, I took a year off and then went to work for Shandel Management .   We were a shell corporation for me and a quant trader Alex.   We were plugged in and funded by Millennium partners.   I halve no criminal record at this time.   Included is an NCIC run from my plates on my Infinity.  This car is registered to my legal mailing address , my PO Box.   It shows three people, not one attached to my mailing address.  The other two fictitious entries also had previous address's in New York City, where I lived and worked for JP Morgan as a quant/risk programmer on their risk computer system.   Shortly after I left, the firm laid off 25,000 employee's due to large losses.  Included is two letters to the firm.  Also include is sound snippet from a no stop sign traffic ticket.  It states that there is a mental incompetent on the premises and that they are anti law enforcement.  It is not about the owner me.  Please review your records on me back into the 90's.  This is where I was dragged into a hospital,  had needle stuck into my arm against my will.   There was never any lawyer, prosecutor, court appearance or Judge.  This is where I got the Haldol drug problem.  I believe if not sooner,  security operations picked me up at the dock when I simply asked a cost guard person on the dock off lake Erie to send a high siffer message using a secure hardened scrambled communications.

Now,  if you run a public records search on my address,  a bunch off corporations come back, an d places off business in Billings and Great Fall for financial firms.  Wells Fargo and Himco.  There was a law suit filled in Bozeman District.  DV-213-216C.  This is well documented.   While this law suite is open, I reran the public record search.   On several occasion, especially the places off business database

changed.  It is my understanding that this is coming from the local court house.    At one point it showed that the person working for JP Morgan went on to work in Billings and Great Falls.  The latest run show's my mother and father and no work history except wells fargo and himco in Billings and Great Falls.  This has obviously been massaged incorrectly an maliciously.

Now, while taking the year off.  I was kept isolated and always around older people.  Especially a retired doctor.  He is my friend, he always know's when I am around, he is always sitting next to me on the ski lift.  There were a couple off lawyer's I was also friendly with.  The was also a lawyer I met through Rotatory who I was not close to and I believe was from a similar part off Cleveland.  He might halve know about the event's in the 90's and the records they generated in the NSA FOIA/PA office.

Now if there was any contact with my boss at Shandel, or Millennium or JP Morgan.  Either informally or through a civil suite or subpoena , or any inquiries into the NSA or submissions of say a standard form 95 such as this bye someone claiming to be me or acting as my lawyer, I believe that this is simply forgery.  This was done without my knowledge or consent, behind my back.  If any information was released, such as details off proprietary hedge fund trading systems or details off my employment and work in risk Management at JP Morgan,  I would consider illegal and in the veins off espionage.  An attempt to acquire proprietary models or information that might be use full to other's.  If any money was released,  this would be embezzled or laundered and illegal rather than legal funds that can flow through the Banking System.   I would suggest that you or the FBI look into the Quantity and where it went and what it might  be used for.  Did it go to starving low income montana's , or did it leave the country and fund terrorist activities ect.

If you become aware off any body that signed my name or said they represented my in this vain, please feel free to prosecute them to the fullest extent off the law.   They did this behind my back.  It was use full to them and without my knowledge or consent.

Now, one or both off these other people who was added to my Box has I believe been declared incompetent and may halve actually done something to generate this anti law enforcement thing on the dispatch.  This has nothing to do with me.  In addition to my plate's.   My 3-rivers land copper phone line, my cell's until recently and my email's are all billed to my legal mailing address.  If you try to call or email normally provided government facilities such as  FBI salt Lake City, the public affairs office at NSA, which in my case would give me phone numbers to the General Council or  other people that would process things such as this standard form 95 etc.  Calls are put into voice mail and not  returned.  Emails are also not answered.  What ever come up on the screen off say Salt Lake City FBI, or the NSA public affairs office due to these fictitious entries has caused me great harm.

There halve two transcripts off the Montana Medical Review board that halve either been destroyed or not furnished where I believe the lawyers contently sat in a room behind my back and told the panel that since I was declared incompetent the had this legal right.  Conventiately the always pull this from the criminal record of the wrong person.    The care has been incompetent, and billing process fraudulent but they halve still tried to put these bills out for aggressive collection.

I am aware  that their halve been court orders to I believe wire tap my cell and email access that are illegal. There may be problems with my copper as well.  Now,  I corrected  this mechanically back in March.  I went into the local three rivers office and updated my billing address and password.  This corrected my land line and I was able to speak to say FBI salt Lake City correctly.   Mysteriously  this stopped work again.   The smart mouth little white trash secretary who was present when I politely

change the password and the billing address I believe change it back and did not tell me.   I would also request that you check the 3 rivers records to see if any one accessed any off my phone bills to see who I am talking to and say provided them to any one, either with a subpoena or to say some one in the local community like a little lawyer who simply know 's one off the people in the company from the local bar/restraint.   Also not, I had some work done in the junction box/cabling off some bonded t3's when I moved out here.  If there is any kind off wire tap at the Junction Box,  these local people would halve seen it and been aware off it.  This kind off tampering has also gone on in the local post Baxter Post Office.  They halve perpetually changed back billing address and forced the wrong government ID into the post office computer's in an attempt to say the current occupant and owner 155 Aurora Light Dr B10 is the person who has been declared incompetent or that the shandel  trader has left the aria or that this person to report a crime to say even FBI salt lake city.  This has continued for over a year.  It has delayed my submission of standard form 95 until now.  It has prevented me from getting basic legal advice, and has caused a social security application that should halve taken 30 days into one that took over a year.    While this is going on,  I halve had no source off income.

        I would be happy to authorize and request a full little investigation of this, but please don't let any off this smoke an mirrors affect the processing off this form.  I'm sure it was the local big joke off the local police,  look at how we can nigger and use the classified person.  This is what we do to American Citizens.  This is how we play them.


        Please feel free to contact me if you halve any question's. I look forward to you attorneys' response.   Local law enforcement is extremely negligent.   They refuse to put a stop or even simply answer basic question as to why they will not even politely respond to emails.  When senior officer in bi g sky Dordy was asked to look at this NCIC he was not very helpful.  He didn't tell me it's a plate run. When contacted a day or two ago, I asked him to simple provide a service request and run plaits, I believe they had tampered again in the local post office.  He said he would get to it tomorrow.  He did not return my call.  I was then told he would be available until 4 day  later he was off duty.  When he returned, he still refused to return my calls and answer the question.  A paper copy of any result or even incident was not furnished bye the fucking Pig.  All he did was waist my time and flip me off.  Now we see.  They halve written these miss domineers.  We will see if the local Pig's want to force this onto my record rather than correcting my phone service.  Maybe he can put in a word  with his tricky Little Judge and get me to do some time,  what ever.    This is how the police treat and honest resident off Big Sky Montana.

        I would like you to note, that over the last year,  even the local 3 rivers general manager, David Gibson, has refused to correct the operation off my phone service or put in writing why this is operating correctly.   All he has done is write this letter that I am not to return to his office and pushed the police based on false statement to write this miss domineer etc. I am sure that this was use full for some people locally in the aria.  I am not sure if these people a competent  to remain in their  positions. I sure they loved following me around.  Signing my name and contacting and talking to friends at say JP Morgan and Shandel.  Hiding in the local 8 person phone company monitoring my calls etc.

They halve rapetily refuse to stop this.   This has wasted over 3 years off my life.  They think they can just sight there and smile and say look what I did to you.  I would call espionage, attempted murder, tampering with a federal database and request they take a little ride.


I look forward to your response.

NSA,  one further request.  The public affairs number is on the web sight.  There is a mailing address.   If any one  has called this number, either local law enforcement, someone claiming to be local law enforcement, or say just someone who got it from Google and has made statement about me, questioned or asked the NSA about me, or spoken to people in or about the wire tap, could you please provide there name's and exactly what was said.  It is obviously incorrect and I believe it to halve been done malicisiouly.


David S Braun

3/6/2014

Exhibit 9

David Steven Braun
PO Box 161950
Big Sky MT, 59716-1950
406-993-2448

Attn  Chris Gregory

Regarding TK-13-4569

Chriss,

I did receive your packet from discovery.  It is a start, but at this point, even on the ticket I am still not happy.  I did receive your print out from the FBI etc.  That was very help full.  I noticed that one off the address , the one my car title had not been changed.  I spoke to the DMV,  and they said it was in the compute and I did fax the request to change the entry from PO Box 161490 to 161950.  I thank you for clearly indicating the aliases and issued that came up that were clearly not me.

I at this point you are aware off any other places or people that I need to talk to correct this situation.  Please let me know.  I have one question, in your letter there were very clearly some records that were crossed out.  I am assuming that the people who prepared this at least extended the curtsy of correcting this in what ever database it was in.

Chris,  to  be honest, I don't believe I really ran a stop sign,  and that the office had been stationed up in big sky just sitting there all day doing traffic control.  I freely admit that I was in Bozeman that day.  I was in the Verizon corporate store.  I installed new sim cards  and changed my phone number's.  I freely admit that this was done to remove any electronics' on my cell.  And hopefully make my email's and cell phone work properly.

I havle been told by Verizon that this is the only store within 50 miles that can do this.  I was polite.  None off the people in the store had any problem's or even questioned this.

Included in the packet is a NSA foia.  I halve several civil suite in the works.  If this is some one from Mariland checking up on me that is one thing.  But I would if possible like some more detail as to what precipitated this stop.  If some one mad a statement from store, I would like to know it.

I halve asked you for the officers dispatch and in car communications.  I request a better explanation, or that this be furnished.  I would like to know what was said, and what he was told and bye who.

David S  Braun

Exhibit 10

David Steven Braun
PO Box 161950
155 Aurora Light DR B10
Big Sky,  MT 59716-1950
406-993-2448

Chief Justice Christensen

Sir,

I am writing you unfortunately to report what I believe is gross misconduct in your facility.   I halve had three case that I halve filed pro-say,  and I wish to inform you of the true dishonesty and distance of my experience.   I halve enclosed a copy of a fbi run of "Me" obtained from the Gallatin county prosecutor.  It clearly show's that there are several aliases,  that are actually physically different people. I guess a judges you are general purpose.  Just looking at the civil cover sheet,  there a quite a few things that you can sue under.    What ever is in these people's baground,  not an America citizen,  being declared mentally incompetent,  a generally bad guy,  it has been attributed to me.   These case's halve been going on for over 5-8 month's .   Your staff has behaved  criminally.  You halve taken my money and rendered incorrect advice.  Your cleark's on protam law cleark halve very evasive not even shown me the proper form or procedure for requesting an official subpoena.   I figured out process serving my self.  I was deliberately sold express mail rather than a certified mail package at the Big Sky post office.  I waited 60 days and filed default paper's even after requesting the clerk and the Judge if there was any problem.

One off these suites involves allegation off wire-tapping/cell phone gps problems etc.   I did properly serve it twice,  although the complaint was not even responded to in any substance.  Verizon Legal did not simply respond that there was no basis  and none of this went on after looking at the records off my specific account.

What ever is in this FBI/Post Office files,  It causes attorney's not even to introduce them selves'.   I believe there was a court order for this.   I assume it was in one off the facilities.   I notice Churh,  the clerk off Butte,  retired.

There was a case off identity theft.   A public record's search showed Corporation's and Places off business that were not mine.  I halve asked several clerk's to run a record's search.  They halve not been helpful.   If you require a form a would halve been happy to provide it.   They think they can sit behind there glass and just not render the correct answer or correct advice.

An attorney from Billings,  introduced herself as an Attorney for Google without as I understand it ever actually being retained or contacted bye them.  She used an old postal address, that had been tampered with.  I believe she forced a different address into the cort's computer system,  I asked the Judge for an investigation,  I was not responded to.

I asked repeatedly for your chief clerk to contact me, or return a phone call.   I noticed that some lawyers had become very friendly with me socially.   I had reason to believe that maybe they obtained a resume from say a head hunter and contacted past employers in say a professional capacity.   I asked your clerk to do a records search.   I simply request had any law suite been started by any one claiming to be me or my attorney.   They halve simply not responded.

About a year ago, after returning home from a trip to DC, I went to the local post office and picked up my mail. Conveniently there was one off the local restraint owners just happened to be in the post office as if to witness me picking up my mail from my PO Box, which Gene explained to me as I understand it is my legal mailing address.   There were three open traffic citation's.  I had tried to pay them on the web, they didn't come up.  I tried to appear at the time on the ticket and was not shown into the court room.   I took a little ride in hand cuffs.  Was booked and printed.  I was showen 4 charges.  The three traffic ticket's which I hope and am thankful that I didn't get the needle for.  And a contempt.  I spoke to James green baum.   He told me that the contempt charge was not from him.  I genially had no idea where it came from.  I was forced to get a local lawyer.  It was dismissed .  I never did get a straight explanation off what precipitated it.

I noticed that Saturday after I was booked and printed, I was spit out in Bozeman and had to get a hotel room.  On Monday I appeared in court.  My license was reinstated, but I was told that physically it had been transported to Helena, I could pick it up there. There really is no bus service and it is a bit off a ride.  I had it reissued and took a vacation.

I noticed after filling my civil suite with Judge Lynch that there is a specific time limit in which to affect proper services or you could be Jailed.  I would be curious to note if there was a previous suite filled.  Could this halve been what generated the contempt charge?

I respectfully request a response.  I obviously cannot force you to pursue this criminally.  Any record's or explanation you can produce, or if you would an official request for this, please exactly specify the procedure and I will follow it.

I halve enclosed some background document's .  If you need anything further, please feel free to contact me.

Let me also not.  There halve been some event surrounding this situation that go back as far as the 90's and are across state line's such as in Cleveland Ohio and New York.  I don't know if you halve any capability in Montana to search another states records.  What ever you can do would be appreciated.

David S Braun

Exhibit 11

David Steven Braun
PO Box 161950
Big Sky MT,  59716-1950

David Gibson
3 Rivers Communications
PO Box 489
Fairfield,  MT 59101-2238

David,

I am sending this for you records.  After a bunch off threats, mis dominier tickets and great financial hardship, I halve finally been able to obtain the following document from the Gallatin County prosecutor.   Attached is a official Criminal Background run on my self based on my mailing address, my old PO Box. In this print out, there are clearly two other people, with different social security number's, birthdates height pictures and mug shot's associated with me.

As a minimum,  I believe that background off these other people was used in front off a judge to obtain a surveillance order one possible my cell, internet, email and possibly land line. I would like you to note, I don't believe I halve done anything wrong.  And halve never even been spoken two or charged in any way.

As a result off this tampering,  it has done significant damage to my health.  There halve been several medical review transcripts that halve been destroyed.   Local law enforcement has refused to on friendly basis show me "who is the legal residence" off my condo and has just let this situation go on.
ton

There may be NSA wire tap due to some interactions I halve had with the agency for a long period off time.   David I halve a hard time with these people.   They cannot provide even a basic service of helping a little old lady across the street or correct this issue.  I am sure, that based on this little piece off paper,   they halve made statement behind my back to cover up their behavior and negligence.  I realize t hat as an America company you would be under the jurisdiction of and bound to comply with an American court order.

I intend to relocate my primary residence and will let you know when I shut down my condo or if I ever get serious enough with a girl to add her to my mailing address.  If there are any existing court order or servaliance that you are aware, could you please make sure, that it was based and obtained on the correct stipulation off identity that I halve included.  If you become aware off any thing in the future, could you please halve you lawyer or the employee  that is responsible for implanting the order that this has been a problem in the past, and furnish the following documents to the court.

As I said,  I halve always gotten a dial tone with you, and as long as and when ever I in BigSky, Sir, you are my phone company.

I hope that is my last brush with problems off this nature.   But in case it's not,  I will address this in the future.    I believe my first illicit tap was on my child hood residence back in Ohio. Live and learn.


David S Braun

Exhibit 12

CONFIDENTIAL
THIS INFORMATION IS FOR LAW
ENFORCEMENT PURPOSES
ONLY. ANY UNAUTHORIZED
USE IS STRICTLY PROHIBITED.

```
MKE/RR ORI/MTLIC0000 DEST/MT0160100 REQ/JLSCGXXXXX

Montana Vehicle Registration Record as of 20131027
Query on License: 625875A               Results in 1 Match

LICENSE: 625875A                         EXPIRES: 20140531
REGISTRATION STATUS: ACTIVE
License State: MT                        License Year: 2014
License Type: PC/Std County Lg
Registration County: Gallatin            Tab: 625875A051401
Registration Period: 20130501 to 20140430
COLOR: GRAY                              YEAR: 2007
MAKE: INFINITI (INFI)                   MODEL: FX3
Style: Sport Utility
Vehicle Type: Rugged Terrain
VIN: JNRAS08W27X210009
Title State: MT                          Title: G846772
Title Status: Approved
NAME: BRAUN, DAVID STEVEN
Street Address: 155 Aurora Lights Dr B10
City: Big Sky                            State: MT   Zip: 59716
Mailing Address: PO Box 161490
City: Big Sky                            State: MT   Zip: 59716-1490

SOURCE: MERLIN
*****************************************************************
MRI 8900157 IN: IJISC 4739 AT 27OCT2013 13:49:27 OUT: J06P00 74 AT 27OCT2013
13:49:27
```

```
MKE/QV ORI/MT0160100 DEST/MT0160100 REQ/JLSCGXXXXX

NO RECORD LIC/625875A

MRI 8900153 IN: NC2S 3773 AT 27OCT2013 13:49:24 OUT: J06P00 73 AT 27OCT2013
13:49:25
```

```
MKE/M!QW ORI/MTHOT0000 DEST/J06P00 REQ/JLSCGXXXXX

MT0160100
MONTANA HOT FILE RESPONSE FOR
QUERY LIC/625875A

NO HITS FOUND

MRI 8900152 IN: MTSF 3734 AT 27OCT2013 13:49:24 OUT: J06P00 72 AT 27OCT2013
13:49:24
```

MRI 8899869 IN: NLI1 2876 AT 27OCT2013 13:41:47 OUT: J06P00 64 AT 27OCT2013
13:41:47

============================================================================

MKE/IR ORI/MT025025Y DEST/MT0160100 REQ/JLSCGXXXXX

MONTANA CRIMINAL HISTORY RECORD RESPONSE AS OF 2013-10-27
Requestor: CHRIS GREGORY                    Purpose Code: C

Reason: PROSECUTION STOP SIGN VIOLATION
Query On:   Name: BRAUN, DAVID S
            Date of Birth: 1968-09-30
            Social Security Number: 279665853

THE INFORMATION CONTAINED IN THIS RECORD IS CONFIDENTIAL AND
FURNISHED FOR OFFICIAL USE ONLY PURSUANT TO MCA 44-5-302.

****NO MONTANA RECORDS FOUND.****
============================================================================
                    ******RECORD PROVIDED BY******

MONTANA DEPARTMENT OF JUSTICE
CRIMINAL RECORDS AND IDENTIFICATION SERVICES
PO BOX 201403, HELENA MT 59620-1403
406-444-3625      8 AM - 5 PM

                         END OF RECORD
----------------------------------------------------------------------------
MRI 8899871 IN: IJISC 4668 AT 27OCT2013 13:41:48 OUT: J06P00 65 AT 27OCT2013
13:41:48

============================================================================

MKE/SOR ORI/MT025025Y DEST/MT0160100 REQ/JLSCGXXXXX

MONTANA SEXUAL OR VIOLENT OFFENDER REGISTRY RESPONSE AS OF 2013-10-27
Requestor: CHRIS GREGORY                    Purpose Code: C

Query On:   Name: BRAUN, DAVID S
            Date of Birth: 1968-09-30

****NO MONTANA RECORDS FOUND.****
============================================================================
                    ******RECORD PROVIDED BY******

MONTANA DEPARTMENT OF JUSTICE
SEXUAL OR VIOLENT OFFENDER REGISTRY
PO BOX 201417, HELENA MT 59620-1417
406-444-2497      8 AM - 5 PM

                         END OF RECORD
----------------------------------------------------------------------------
MRI 8899873 IN: IJISC 4670 AT 27OCT2013 13:41:49 OUT: J06P00 67 AT 27OCT2013
13:41:49

============================================================================

MKE/PAR ORI/MT025015G DEST/MT0160100 REQ/JLSCGXXXXX

ATN/CHRIS GREGORY.
        THE FOLLOWING IS THE MONTANA DEPARTMENT OF
        CORRECTIONS RESPONSE TO A QUERY USING THE
                        FOLLOWING:
NAME: BRAUN, DAVID S
DOB: 1968-09-30
SEX: M

DETAILS RETURNED FROM THE MONTANA DEPARTMENT OF CORRECTIONS.
AN INDIVIDUAL'S STATUS IS SUBJECT TO TEMPORARY CHANGE.
INFORMATION PROVIDED SHOULD BE VERIFIED BY CALLING THE CONTACT NUMBER GIVEN
IN THE SUPERVISION SECTION.

CONFIDENTIAL
THIS INFORMATION IS FOR LAW
ENFORCEMENT PURPOSES
ONLY. ANY UNAUTHORIZED
USE IS STRICTLY PROHIBITED.

CONFIDENTIAL
THIS INFORMATION IS FOR LAW
ENFORCEMENT PURPOSES
ONLY. ANY UNAUTHORIZED
USE IS STRICTLY PROHIBITED.

```
MKE/QWA ORI/MT0160100 DEST/MT0160100 REQ/JLSCGXXXXX
NO NCIC WANT SOC/279665853
NO NCIC WANT NAM/BRAUN,DAVID S DOB/19680930 RAC/W SEX/M
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.

MRI 8899865 IN: NC2S 3716 AT 27OCT2013 13:41:45 OUT: J06P00 60 AT 27OCT2013
13:41:45
```

```
MKE/M!QW ORI/MTHOT0000 DEST/J06P00 REQ/JLSCGXXXXX
MT0160100
MONTANA HOT FILE RESPONSE FOR
QUERY NAM/BRAUN,DAVID S.DOB/19680930.SEX/M.RAC/W.SOC/279665853

NO HITS FOUND

MRI 8899864 IN: MTSF 3679 AT 27OCT2013 13:41:45 OUT: J06P00 59 AT 27OCT2013
13:41:45
```

```
MKE/QH ORI/MT0160100 DEST/MT0160100 REQ/JLSCGXXXXX
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/BRAUN,DAVID S.DOB/19680930.SEX/M.RAC/W.SOC/279665853.
PUR/C.
END

MRI 8899867 IN: NC21 409 AT 27OCT2013 13:41:45 OUT: J06P00 62 AT 27OCT2013
13:41:45
```

```
MKE/QPO ORI/MT0160100 DEST/MT0160100 REQ/MRI8899861
NO NCIC PROTECTION ORDER FILE RECORD NAM/BRAUN,DAVID S DOB/19680930

MRI 8899866 IN: NC2S 3717 AT 27OCT2013 13:41:45 OUT: J06P00 61 AT 27OCT2013
13:41:45
```

```
MKE/IR ORI/OHSIR0000 DEST/MT0160100 REQ/JLSCGXXXXX
IR.OHSIR0000
12:39 10/27/2013 07302
12:39 10/27/2013 02585 MT0160100
*MRI8899855
TXT

ATN/CHRIS GREGORY.

IQ.MT0160100

12:39 10/27/2013 02025

12:39 10/27/2013 07449 OH

*MRI8899855

TXT

PUR/C.ATN/CHRIS GREGORY.NAM/BRAUN,DAVID S.DOB/19680930.SEX/M.RAC/W.SOC/279665853

$$ NO CANDIDATES FOUND
NOTHING TO FOLLOW
END OF RECORD
```

CONFIDENTIAL
THIS INFORMATION IS FOR LAW
ENFORCEMENT PURPOSES
ONLY. ANY UNAUTHORIZED
USE IS STRICTLY PROHIBITED.

NO MATCH FOR NAME/DOB: BRAUN, DAVID DOB: 1968-09-30

THIS INFORMATION IS NOT INTENDED NOR SHOULD IT BE USED AS SOLE
JUSTIFICATION FOR LAW ENFORCEMENT TO TAKE ANY ACTION.

END OF MESSAGE.
RESPONSE 2013-10-27T13:39:47
MRI 8899878 IN: IJISC 4672 AT 27OCT2013 13:41:58 OUT: J06P00 68 AT 27OCT2013
13:41:58


===============================================================

MKE/IR ORI/NY001015Y DEST/MT0160100 REQ/JLSCGXXXXX

IR.NY001015Y
12:40 10/27/2013 12192
12:40 10/27/2013 02588 MT0160100
*MRI8899855
TXT
PUR/C.ATN/CHRIS GREGORY.NAM/BRAUN,DAVID S.DOB/19680930.SEX/M.RAC/W.SOC/27966585
3
MKE   IR                        SUSPECT 1 of 2


SID  NY4133453K          RECORD STATUS  COMPUTER-OK
                         III STATUS   M

NAMES   BRAUN, DAVID ROBERT          BRAUM, DAVID J
        BUCKLEY, PAUL                BRAUM, DAVID M
        BRAVN, DAVID                 BROM, DAVID


DOB  11/23/59 09/08/64 12/28/67 11/23/68 08/12/60 07/14/64

SEX  M  RACE  W  HEIGHT  507

ADDRESS  155 W 83 ST  NT   NY

FBI  567143R1  SS NO  066404078

HIT MADE ON NAM AND OTHER INPUT

MKE   IR                         SUSPECT 2
of 2


SID  NY7827794R          RECORD STATUS  COMPUTER-OK
                         III STATUS   S

NAMES   BRAUN, DAVID WILLIAM

DOB  09/09/71

SEX  M  RACE  W  HEIGHT  510

ADDRESS  505 DUANE DR  NORTH TONAWANDA      NY

FBI  742337WA7  SS NO  060664615

HIT MADE ON NAM AND OTHER INPUT
MRI 8899897 IN: NLI1 2879 AT 27OCT2013 13:42:56 OUT: J06P00 70 AT 27OCT2013
13:4⊕:56


===============================================================

```
MT    N   N  9MT120001053      20120316  20120510    MONTANA
                CONV/ FAIL TO APPEAR FOR TRIAL OR COURT - TRAFFIC VIO D45
                COURT/ JPC - GALLATIN COUNTY DEPT.1

ID    N   N  000156001         20090131  20090205
                CONV/ SPEEDING DTAIL
```

DRIVER IMPROVEMENT ACTIONS:

```
STATE  DI ACTION DESCRIPTION              DI BEG DT   DI END DT   RESTORE DT

MT     FAIL TO APPEAR                     20120510    20120604    20120604
```

ACCIDENTS:

***** NO ACCIDENT HISTORY ON FILE *****

MRI 8899863 IN: MVDD 168 AT 27OCT2013 13:41:45 OUT: J06P00 58 AT 27OCT2013
13:41:45

=================================================================

CONFIDENTIAL
THIS INFORMATION IS FOR LAW
ENFORCEMENT PURPOSES
ONLY. ANY UNAUTHORIZED
USE IS STRICTLY PROHIBITED.

```
MKE/KR ORI/OHBMV0000 DEST/MT0160100 REQ/JLSCGXXXXX

OHIO DEPARTMENT OF MOTOR VEHICLES RECORD
QUERY ON
KR.OHBMV0000
12:43 10/27/2013 07364
12:43 10/27/2013 02602 MT0160100
*MRI8899962
TXT
KR.MT0160100.
DAVID S BRAUN                                DOB: 09/30/1968  AGE: 45
219 E 81ST ST APT LJ                         SSN: 279 66 5853
NEW YORK, NY 10028                           KEY: 011352235

** PHYSICAL DESCRIPTION **          ** ANATOMICAL DONOR: NOT LISTED    **
SEX: M  HGT: 5' 04"  WGT: 190  HAIR: BROWN      EYES: BLUE

** DRIVER LICENSE INFORMATION **
DLN: RS951057 CLASS: D   ISS: 09/01/2001  EXP:   / /
      STATUS: EXPIRED
RESTRICTIONS: CORRECTIVE LENSES
```

MRI 8899965 IN: NLI1 2893 AT 27OCT2013 13:45:16 OUT: J06P00 71 AT 27OCT2013
13:45:16

=================================================================

CONFIDENTIAL
· THIS INFORMATION IS FOR LAW
ENFORCEMENT PURPOSES
ONLY. ANY UNAUTHORIZED
USE IS STRICTLY PROHIBITED.

```
MKE/DR ORI/OHBMV0000 DEST/MT0160100 REQ/JLSCGXXXXX
OHIO DEPARTMENT OF MOTOR VEHICLES RECORD
QUERY ON
DR.OHBMV0000
12:37 10/27/2013 07291
12:37 10/27/2013 02579 MT0160100
*MRI8899775
TXT
DR.MT0160100.
BRAUN,DAVID S
219 E 81ST ST APT LJ         ,NEW YORK        ,NY,10028
SEX/M.DOB/093068.HGT/504.WGT/190.HAI/BRO.EYE/BLU
SOC/279665853.OLN/RS951057.OLT/OPERATOR
RSTR: CORRECTIVE LENSES
STATUS: EXPIRED


MRI 8899779 IN: NLI1 2870 AT 27OCT2013 13:39:53 OUT: J06P00 57 AT 27OCT2013
13:39:54


==========================================================================


MKE/KR ORI/MTOLN0000 DEST/MT0160100 REQ/JLSCGXXXXX
.20131027            STATE OF MONTANA
            DEPARTMENT OF JUSTICE, MOTOR VEHICLE DIVISION
            302 ROBERTS, HELENA, MT.. 59620 (406)444-3288

**** THE FOLLOWING RECORD IS FURNISHED FOR LAW ENFORCEMENT USE ONLY ****

ATTN: CHRIS GREGORY

NAM/BRAUN,DAVID,STEVEN              LEGAL    NAME
SEX/M  DOB/19680930  HGT/504  WGT/190  EYE/BLU
155 AURORA LIGHTS RD NMB 10    BIG SKY            MT 59716

OLN/0906719684130 OLT/DRIVER          OLS/MT  MC ENDORSE/NONE
STATUS/VALID                     EXP/20190930
ISS DT/20130913 1ST LIC YR/2012 PHOTO DT/20120327

RESTRICTIONS:
    CORRECTIVE LENS
PREVIOUS OUT OF STATE LICENSE INFORMATION:
OLN/1403519303          OLS/NV  EXP/20120930  SURRENDER DT/20120327

ADDITIONAL LICENSE INFORMATION:
PREVIOUS OLN/0903219684130


CONVICTION INFORMATION:

STATE CMV HAZ SUMMONS NBR       ISS DT
  MT   U   U  CO6A47369          20130613  20130622    UNKNOWN
              CONV/ STOP-SIGN VIOLATION
              COURT/ JPC - GALLATIN COUNTY DEPT.1

  UT   N   N  C118232727         20120921  20121214
              CONV/ SPEEDING DTAIL

  UT   N   N  C115051930.        20120915  20120924
              CONV/ SPEEDING DTAIL

  UT   N   N  C118288448         20120912  20120917
              CONV/ WASTING FUEL

  MT   N   N  119A68612005       20120809  20120831    W YELLOWSTONE PD
              CONV/ SPEED:EXCEED RESTRICTED SPD LIMIT ESTABLISHED LOCALLY
              COURT/ CIT - WEST YELLOWSTONE

  MT   U   U  510A341999 E       20120613  20120620    HIGHWAY PATROL
              CONV/ SPEED: EXCEED RESTRICTED SPD LIMIT ESTABLISHED BY DEPT
              COURT/ JPC - GALLATIN COUNTY DEPT.1

  ID   N   N  C000153-01         20120606  20120607
              CONV/ SPEEDING DTAIL
```

4

| Calls For Service Report   Call ID: *1310120055* | | | | Printed: October 23, 2013 | |
|---|---|---|---|---|---|
| 1. Agency<br><br>GCSO | 2. Person Received Complaint<br><br>Gibson, Seth Lee | 3. Date/Time Received<br>10/12/2013...   13:40<br>4. Time Dispatched<br>13:40 | 5. Time Arrived<br>13:40<br>6. Time Complete<br>13:55 | 7. Case # | |
| 8. Nature Of Incident | Traffic Stop | | | | |
| 9. Location Of Incident | 2500 LONE MOUNTAIN TRL, GALLATIN_COUNTY     MT | | | | |
| 10. Victim or Caller | | | | | |
| 11. Classification<br><br>TRAFFIC | 12. How Received<br><br>'OFFICER' I/CAD... | 13. Disposition<br><br>CITATION ISSUED | 14. Officer<br><br>Gibson, Seth Lee | 15. Date Submitted<br><br>10/12/2013... | |

Notes:  Field Event
**  ** PER search completed at 10/12/13 13:42:03
**  BUSY CITE

Deputy observed a grey colored suv make a right hand turn from Little Coyote Road onto Lone Mountain Trail without stopping for the posted stop sign. When they deputy caught up to the vehicle he realized that the vehicle belonged to David Braun. The deputy initiated a traffic stop and notified dispatch that he would be stopping at mile marker 2.5 on Lone Mountain Trail with Montana plate 625875A. The deputy also notified dispatch that it was David Braun's vehicle. The deputy contacted Mr. Braun, informed him that he stopped him for not stopping at the stop sign on Little Coyote Road and asked Mr. Braun for his driver's license and registration. The deputy ran Mr. Braun's driver's license through dispatch and wrote a citation for failing to come to a complete stop at a posted stop sign. The deputy explained the citation to Mr. Braun and answered a couple of questions that Mr. Braun had pertaining to a seperate issue. Mr. Braun was then advised to make sure and stop completely at stop signs and was told he was free to go.



Montana Department of Justice

# MVD

MOTOR VEHICLE DIVISION
Safety • Efficiency • Dependability

June 6, 2012

**Steve Bullock**
**Attorney General**

**Brenda Nordlund**
**Administrator**
303 North Roberts Street
PO Box 201430
Helena, MT 59620-1430

DAVID STEVEN BRAUN
PO BOX 161490
BIG SKY MT 59716

Dear Mr. BRAUN:                          DOB: 09/30/1968

On June 6, 2012 this department has received notification from Judge WEST from GALLATIN COUNTY JUST court that you have complied with the requirements of Section 61-5-214, Montana Codes Annotated for non-payment or non-appearance.

Therefore, your driving privileges are no longer suspended.

By Authority of:
Greg Noose, Chief
Records and Driver Control Bureau

Clerk

ENC: 2019 MT DL ENCLOSED



THE UNDERSIGNED HEREBY TESTIFIES THAT ON THE DATE BELOW, HE OR SHE, AS AN OFFICER OR EMPLOYEE OF THE MOTOR VEHICLE DIVISION, DEPOSITED IN THE UNITED STATES MAIL, AT HELENA MONTANA, A COPY OF THE PAPER TO WHICH THIS IS AFFIXED, IN AN ENVELOPE WITH THE POSTAGE PREPAID, ADDRESSED TO THE PERSON NAMED IN THE PAPER AT HIS OR HER LAST ADDRESS AS SHOWN BY THE RECORDS OF THIS DEPARTMENT. 6-6-12

TELEPHONE: (406) 444-3292 • FAX (406) 444-1631 • www.doj.mt.gov



**Montana Department of Justice**

**MVD**

**Motor Vehicle Division**
*Safety • Efficiency • Dependability*

**Received**

NOV 0 1 2013

County Attorney

**Steve Bullock**
**Attorney General**

**Brenda Nordlund**
Administrator
303 North Roberts Street
PO Box 201430
Helena, MT 59620-1430

May 29, 2012

Order Of Suspension

DAVID STEVEN BRAUN
PO BOX 161490
BIG SKY MT 59716

LIC #: 0906719684130
DOB:   09/30/1968
EFF DT:05/29/2012

Dear Mr. Braun

   You are notified that pursuant to MCA 61-5-214, your driver's
license and/or driving privilege is suspended indefinitely,
effective on the date shown above. This suspension is based upon
notification that you failed to appear or pay fines, cost,
and/or restitution as required by law from a court in
Gallatin County Dept.1.

   If you wish to obtain further information regarding this
suspension or the requirements for restoration of your driver's
license and/or driving privilege you must CONTACT THE COURT
DIRECTLY at 615 south 16th Avenue Rm 168, bozeman MT
59715 (406-582-2191).

   You are not authorized to operate a motor vehicle while your
license is suspended. All Montana driver licenses or permits in
your possession must be immediately submitted to the department.
Montana law does not allow the department to issue any
restricted or probationary license during this suspension
(61-5-215 MCA).

   In accordance with law, your driver's license and/or driving
privilege may be restored when the department is notified by the
court that you have complied with requirements and your driving
record indicates you are otherwise qualified to be licensed.

   Once you have satisfied the requirements of the court, you
must pay a $100 non-refundable reinstatement fee directly to the
department as required by MCA 61-5-218(1). the $100 fee
should be paid by check or money order, made payable to the
"Motor Vehicle Division", with your driver's license number
clearly included on the check or money order, and must be mailed
to this address; Motor Vehicle Division, PO Box 201430,
Helena MT 59620-1430.

By Authority of; Greg Noose, Chief
                 Records and Driver Control Bureau

By Clerk: _____

THE UNDERSIGNED HEREBY TESTIFIES THAT ON THE
DATE BELOW HE OR SHE, AS AN OFFICER OR
EMPLOYEE OF THE MOTOR VEHICLE DIVISION, DEPOSITED
IN THE UNITES STATES MAIL, AT HELENA, MONTANA, A
COPY OF THE PAPER TO WHICH THIS IS AFFIXED, IN AN
ENVELOPE WITH THE POSTAGE PREPAID, ADDRESSED
TO THE PERSON NAMED IN THE PAPER AT HIS OR HER
LAST ADDRESS AS SHOWN BY THE RECORDS OF THIS
DEPARTMENT  5-29-12 _____

DATE                    OFFICER OR EMPLOYEE OF DEPARTMENT

**TELEPHONE:** (406) 444-3292 • **FAX:** (406) 444-1631 • www.doj.mt.gov

406 -582-3082

David Steven Braun
PO Box 161950
Big Sky, MT 59716-1950
406-993-2448

Bozeman DMV,

I had some record corruption, identity theft issues. At the suggestion off local police, I closed my PO Box 161490 and re-opened 161950. I re-did my license. Could you retitle my car. Attached is a photo off my current license and registration. Any buttons you could click and see if there are any where else you think I would need to change this, please let me know.

Please feel free to call me. Please put the new title in the mail to the PO Box. Thanks.

406-993-2448



## Montana Vehicle Registration    Valid Through Date 05/31/2014                    Renewal Cust Nbr 63884

| County | Gallatin | Issue Date | 05/14/2013 | Tab Nbr | 626875A051401 | Park Fee Paid |
| Usage | Regular | User | pj0609 | Plate Nbr | 625875A | |
| Reg Usage | Regular | Fleet Nbr | | Plate Type | Std County Lg (PC) | |
| Reg Type | | OTN | 004468160 | | | |

Owners / Lessors
David Steven Braun
155 Aurora Lights Dr B10
Big Sky, MT 59716

| VIN | JNRAS08W27X210009 | Year | 2007 | Make | Infiniti | Model | FX3 |
| Veh Type | Rugged Terrain (LL) | Style | LL | Color | Gray | Ext Model | |
| Weight | 4314 | Ton Code | | | | Veh.Nbr | 2181110 |
| Decl GVW 0 | | GVW Class | | GVW Beg | | GVW End | |

David Steven Braun
PO Box 161490
Big Sky, MT 597161490



By Registering this vehicle the applicant acknowledges having
knowledge of the FMCSR and FHMR, if applicable.

INSTRUCTIONS:
1) Remove decal
by bending paper
along dotted lines.
2) Lift edge of decal
and slowly peel.

Exhibit 13

David Steven Braun
PO Box 161950
155 Aurora Light DR  B10
Big Sky, MT 59716-1950

**NSA**
9800 Savage Rd,
Fort Meade, MD 20755

This is another request for assistance from the NSA. I have included my stipulation off Identity, and my two letters provided from the FOIA office. It is now September, I was at Maryland back in January, when I returned, I was server what I believe is a memory wipe. It has been quite helpful. But it does take time to work. In previous communications, It was found that in my old PO Box 161490, there was a duplicate entry, I believe I was David Braun, they added a David S Braun. This person had a completely different birth date. I believe this was done in the Baxter Post Office in Bozeman. My take is that this was an official entry. If the address is pulled up in any government building, like on a civil suite submitted in Butte Federal Court. It came up. I believe that this person may have been declared incompetent. There were a bunch of sleaze corporations, and places off business in Montana that came up when I did a public record search off my address that I did not recognize.

I closed the box, opened a new Box 161950 with the enclosed form. My three rivers land line, 406-993-2448, my two Verizon Cell phones 704-942-8477 and my three emails dbraun119@gmail.com, dbraun119@yahoo.com and David_Braun@msn.com are also billed to this address. I believe that some one tampered with the new address, possibly shoving a different drivers licenses in to the computer in the Baxter Post Office. Bozeman is very small, There is a three person FBI office, a bunch of local police. I am on the boarder of Madison and Gallatin County in Big Sky. There are 5 guys stationed up here. The cover bolth Madison and Gallatin. Bozeman is 50 miles down a canyon RD. I believe the closest Madison police station is 120 miles away driving distance. West Yellowstone is about an Hour down away. Bozeman, Big Sky, and West Yellowstone. Are the Gateways to the Park. Excellent skiing, world renowned fly fishing. It is very rule. There are three major real estate projects. The Yellowstone club. Spanish Peaks, Moonlight Basin. All three were probably unfeasible, they totaled probably a billion in bankruptcy.

There is an element around hear that is a problem. It is getting better, almost gone. I have been getting allot off action in plain close. I believe that the locals, like sniper hit your target, have been given commands to just stay away. I have been approached bye local people who are employees and residence, not government employees and had convenient things put in my ear. Like trying to learn about why I have a couple off Smith and Wesson's. People walking up to me in crowed asking for my, seaming to know that I had done trading and investment banking and asking for my email and phone number. I do not get calls. I believe they go to the web and start running stipulation off identity searches etc.

Several years ago, Boyne used to import allot off foreign college kids to work at the resort. They are now starting to use Americans. If this is within the NSA's legal capability, you might try getting a list off the employees from the IRS for Boyne resorts, Moonlight Basin, Yellowstone club. Especially the restront's owners, and Bar Tenders. Ricardo, the Manager off the Carabineer and see who they are talking to. See who is hiding behind them.

I believe there has also been allot off electronic activity on my Phone. Including some court orders. Who ever this is, they like to dispatch state troopers and use local people to collect information. If they have not already I believe they need to be shut down. Please feel free to investigate any electronic information on my Cell and Land Lines, especially 704-942-8477. I believe that you will find a bunch off problem's. I they already haven't, could you please turn off all non National Security Agency Access to my Cell and

Land line.    The is a Pro Say Civil Suite in Butte Federal 2:13-cv-00054-she-cs0 against Verizon with a lawyer for Verizon introduced in the tray if this is off any assistance, feel free to contact him.

You might also try a passive look at my mothers communication.  Someone from Bozeman rented the Apartment above her's in Palm Springs.  I guess they were very interested in David.  I was on Oahu.  I dialed 611 and asked the Verizon customer service person to check to see if there was any open feeds like taps, GPS, Google Search, and email's, my lap top was acquired from my hotel room.  Things seamed to get much better.  My mother had her boy friend Hall send me an itinerary at about the same time for an extensive trip out off the country.  It was sent to David_Braun@msn.com.   I received a call, he had a sudden stroke,  the trips was canceled.  At about this time the Microsoft story certified  that hackers had gotten 10,000,000 emails.

Upon returning I did try apply for Social Security.  I believe this was denied because the identity on my phone and email, did not match the number I gave the person at the window.  I hope this is corrected if nothing else, I may try again.

Bye the end off the Week,  my law suit should be properly served 2:13-cv-00036-dwm against the Government.  I process served it to the DOJ.  I waited 60 days and it ran out.  I then asked the post office for the fastest package to DC that is certified.  They sold me express, which  is not certified and this caused me another sixty days.  Hopefully now, this will be corrected.  The DOJ has been served I believe correctly and the cards should be coming back.  I did try to contact the DOJ in Washington.  I know they are awair off this suite, I'm sure it went highly criminal.  What ever they did to the phone, I was able to locate the first round off dispatch and given a phone number in the federal programs branch.  I always get voice mail,  my calls are not returned.   I hope this will quickly produce some money, I am close to starvation.

I have been put in hand cuffs twice and put in front off these hope house sicolegest.   Probably based on a stipulation off identity taken from my Cell rather than drivers licenses.  I have  never been able to get the Sheriff on the phone.  I dropped a process serve card off in Butte Federal Court house against Verizon.  Bye the time I walked out, I turned my phone there now was a message from the Sheriff that he just had to see me.  I asked if he had a warrant.  He said no.  I was leered back from Butte into the three person fbi office.  Put in Hand cuffs and taken to this Hope House facility on the out skirts off town and put in a room with a David Powell, I think this was his name?  He made me wait an hour in Hand Cuffs.  He took my name and Birth Date  pulled me up in his computer.  His records showed that I had never been a patient, and was forced buy the police to speak with one off his mother fucking councilors once before after they dragged me out off my Condo and took an hour ride down to Bozeman in hand cuffs.   You might want to investigate this facility.  I will never go there.  This Scott person, the head wanted to discuss protective custody or some bullshit.  If possible, I would investigate him as accessories.  These are definitely sociological tactics being used on me.  This David Pearson had a tape off a conversation obtained from a phone company employee that refused to correct the identity problem or inform me that it is being obtained from the post office rather than what I provided the phone company when I registered it.  This smart mouth person was located 180 miles away in Missoula.  You might want to consider charging three rivers communication, and these hope house employees.  As well as the Under Sheriff and Sherriff.  This has been done intentionally.  They have refused to correct the problem in timely manner.  The have consistently tampered with law clears, low level post office employees etc.  If possible I would like the NSA to ask if these hope house people led the Sherrif to believe that they had some legal write over me.  It is quite obvious they gained a court order access to my email and cell.  The information has been used improperly.  Criminally, and maliciously.  Enclosed is my Birth Certificate.  I'm not sure what that means.

As a result off all this.  I will probably never speak my mother again.   You might also want to look into DR Jeff Stickler, Keith Keller a lawyer who think he can get report's on me call me a Madof,  because they site next to me on a chair lift.  I believe some off these people may have introduce them  selves to my boss, and tried to learn about our models that we were  running a billion dollar quant trading book for the second largest hedge fund in the states.  It was quite obvious that Jeff Strickler was my appointed friend, and he introduced me to Kieth Keller, a retired senior partner.  All other people were pushed away,  including local women.

I did send a resume to NSA over the web sight.  It was rejected without even a letter or callback.  I believe this was due to the tampering at the post office.  Feel free to retrieve it if you require background information.

David S. Braun

Exhibit 14

David Steven Braun
PO Box 161950
155 Aurora Light DR B10
Big Sky, MT 59716-1950
704-942-8477

NSA
9800 Savage Rd.
Fort Meade, MD 20755

National Security Agent:
    I am sending you this packet.  I would like you to know the event's that have happened out here.  The local police have issued another three ticket's.  It has taken them two weeks to produce a basic fbi run and find out that my car title has not been updated with my new PO Box 161950.  Included in the packet is fbi run that shows there were clearly 2 other people with similar name's penciled in on the old PO box.  I have had that changed, hopefully this is the last place that I need to halve this done. I got the third ticket after I was in the Verizon Corporate store.  I re-did my sim card's and change to a new number.  See letter to Pamela Philips.  I also sent my 406-993-2448 number to the US Attorneys in DC and Billings and informed them that this is the contact number for my law suit.  We will see if this proceeds.

    Notice that after a couple off week's this is all the discovery that I halve received.

    You may wan't to check my updated number off my land line and cell, 704-207-5922.

At this point. I still do not halve any source off income. I halve asked the US attorney to settle. I believe that there is a 20 day waiting period.  We are going through this.   Other than answering the phone and hanging up, the DC and local attorneys halve not spoken at all about any length or detail about this case.

    I halve an interesting statement about my social security .  I re-submitted the claim.  All records halve been furnished.  The jackass Chiness women at the window said she had to forward the record to a state board in Helena.   The so called Case manager,  said she need another doctors records. The shrink.  I said I haven't seen here for over a year.  This is the medical board that sent me letter's with Steve Bullock name prominently featured on letter head. I was told that  he no longer needed the records.  I asked to speak  directly to the person who was managing the claim.  I was flipped off.  I was not given a clear statement.  As if there was note in the computer not to this.  I believe that this is correct.

    I'd be curious please review and forward to the appropriate people.


David S Braun

Exhibit 15

David Steven Braun
PO Box 161950
155 Aurora Light DR B10
Big Sky, MT 59716-1950
406-993-2448

NSA
9800 Savage Rd.
Fort Meade, MD 20755

National Security Agency:

Nothing to do, thought I'd write you another letter.   No one takes my call's or return's my inquiries. Even when I send it certified.  I hope you guys are in complete control of the ride.  I'm still listing my primary and only residence as my Montana ski Condo.

155 Aurora Light Dr  B10
PO Box 161950
Big Sky, MT 59716-1950

You should see only one resident,  David Steven Braun when you click it from Maryland.

My local phone company land line,  3-rivers communication's  406-993-2448 should be billed to the new PO Box 161950 and agree with the enclosed MT Driver's license.

I halve 2 Verizon Cell phones.

704-207-5922  this is my current cell
704-942-8477  this is my old but still working cell.

I halve 4 email's

David_Braun@msn.com
Dbraun119@gmail.com          these three are registered to my cell
Dbruan119@yahoo.com

Dbraun119@4securemail.com    this is my land line.

I was in the local Verizon corporate store.  I redid my sim cards and created a new number.  I was pulled over and written a stop sign ticket a mile from my house when I returned home.   A was able through discovery to obtain the following criminal background run off my self.   I contained two aliases that were actually different physical people.  Different social security number's etc.

I believe among other things this was used to gain electronic surveillance like wiretap's gps and email access.  Please feel free to look into these accounts.   I would prefer only NSA surveillance around me.

The other ones were obtained under false pretense and I believe to be illegal.  One off the things this junk in my file did was change the stipulation off identity on my phones, cells and email.  I you submit something to an official government we sight like social security,  the think you are trying to steel benefits and are very evasive.  I think I got this fixed.   I first corrected this back in January or Feb.  I think to avoid a criminal investigation, and prevent prosecution some people continued to change these back in either the local Verizon store or Local phone company.  I think I halve gotten this corrected.

I am running very low on money,  but other than that I am in good spirits.   I halve re-applied for Social Security.  All the records halve been furnished, and the complaint has been moved from Helena to I believe the social security agency head quarters in Mariland.  This was done back on the 5.  Any love you could show this in helping it along would be greatly appreciated.

Could you make sure that what generated this ticket is my friend.   There halve been allot of problems with local people screwing around.   Like making inflammatory or un true statements to police.   Like telling a cop I halve a knife when I halve a key chain in my pocket.   Another wonderful statement   is to go around and try to tell all the local business owners to call the police and tell me not to trespass or use their facilities because they don't like me.   So there a two gas stations, one gym, two grocery stores.  I you can ban me from them.  I can't get a tank off gas.  Get a meal, or even a massage.  What good is my ski condo.  I thought this was an interesting tack ticks.    The local police participate in this.  They think they can just do this.  They don't halve to produce a statement, or even tell me who the complaint came from.  To get the attached print out from fucking pigs.  I had to get myself charged with mis domineers and a stop sine  and start threatening a couple off cops.

Now low and behold out comes all this crap.

The memory wipe, is wearing off.  I'm starting to feel quit good.  Once social security and the civil suite go through.  I'll be back in business.  Until then,  I starve.  I still halve lights and heat.  Just barely.  I've enclosed a couple off letters.

I thank the NSA for standing bye me.   If possible,  I would like to relocate my primary residence one I halve the financial means.  When this happens I will send notice off my new location to this address.  Until then  please assume that none off the above information has changed.  Weather or not someone tamper's with registration's in the computer.

My yahoo account may halve been compromised.  Some added security questions.  I don't know if they were actually able to get in.  Or gain some kind off access over the phone.   They did issue me a number.  I halve such removed my security questions.

My spam problem has really died down.  I halve been monitoring my firewall and open socket connections.  This has died down as well.

I would like to ask a question.  With all the business we halve done, I'm sure there might be a wire tap on my phone.  I'm sure the local police know how and who to call and make statement behind my back, to prevent possible investigation.  Could you please look into this and let me know and make sure if there is a tap, or some kind off special reason that know on takes my call's that this is in my best interest and that the people close to me are my friend's.  If you halve received any statements from anyone saying that they are my doctor or lawyer.  This has been done behind my back and without my knowledge.  Please feel free to charge them where appropriate.

I would like to relocate my primary residence.  Maybe a name change.   I would be happy to keep you up to date as to my new location's and phone numbers.

Please find attached reading.  I'm now 45.   Thank You.


David S. Braun

Exhibit 16

David Steven Braun
PO Box 161950
155 Aurora Light Dr B10
Big Sky, MT 59716-1950

Pamela N. Phillips
NSA Chief FOIA Public Liaison Officer/DJ4
9800 Savage Road, Suite 6248
Ft. George G. Meade, MD 20755-6248

Pamela,

You should receive a snail mail package at the FOIA office tomorrow or Monday. I sent it certified. I have socially security call tomorrow at 11:30 on my home phone, 406-993-2448. I'm curious to see what they say. Let see if they say it will take them another 4 month's to collect the records and evaluate the claim. We will see.

I appeared in court yesterday. I plead not guilty. They sucked another 200 dollars in bail out off me. I paid it bye 4 pm. I guess I will halve to work with the prosecutor. We will see how this goes.

I wonder what the FOIA office has in store for me. I will give you a call early next week.

I did submit the request for an appeal off your first foia. It came back denied. I am unfamiliar with the intricacies of the civil process. I will see what happens next. Can this be settled?

I have sent a letter the the US Attorney's office in billings stating that my land line 406-993-2448 is a better way to contact me. I got his name from pacer over the network. He has never taken my call's. I don't know what they put in front off these people from my reverse Cell Lookup. What special instruction that cause them not to get back to me. Basically watch me starve. I think they are finally gone. I like you to know the local's would halve gust sat there a watched had I not started complaining to other states of the NSA. It is unclear they would halve ever done any investigation.

We will see where we stand. I would very much like to leave my little ski condo in the mountain's. Any assistance you can provide would be great. I would love to know what these people said I did behind my back. If you have dispensed any money, please consider it fraud and take it all back.

Do you halve any capability to get me come kind of check in the near future.

Every one just says no.

Do you halve any explanation.

David S Braun

UNCLASSIFIED//FOUO

PRIVACY ACT STATEMENT: Authority for collecting information requested on this form is contained in 40 U.S.C. 318 and 50 U.S.C. 402 note N S A 's Blanket Routine Uses found at 58 Fed. Reg. 10,531 (1993) as well as the specific uses enumerated in GNSA01, GNSA03, GNSA07 and GNSA10 apply to this information. The requested information you provide may be used for reporting purposes to Agency organizations, the National Crime Information Center, and other police agencies. There is no current requirement or penalty for failing to provide the requested information.

# NSA Police Incident Report



| Case Control Number U1321001 | | Linked Case Control Number | | | |
|---|---|---|---|---|---|
| Incident Classification | Location of Incident | | | Post | Sector |
| Suspicious Activity-Unsolicited Contact | Utah Data Center | | | VCIF | |
| Date/Time Occurred | Date/Time Reported | | Location Type | | |
| 20130801 / 1220 | 20130801 / 1220 | | NSA Property | | |

## Persons Involved   COMP=Complainant   WITN=Witness   VICT=Victim   SUSP=Suspect   ARST=Arrested
### PSGR=Passenger   DRV1=Driver #1   DRV2=Driver #2   OFCR=Officer/MP

| Code | Is COMP also VICT? | Name (Last) | (First) | (Middle) | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| SUSP | N/A | Braun | David | Steven | W | M | 09/30/1968 |
| Address | | City | | State | Zip | Drivers License Number | State |
| PO Box 161950 | | Big Sky | | MT | 59716 | 0906719684130 | MT |
| Height | Weight | Eyes | Hair | United States Citizen? | Country of Origin | Home Phone | Other Phone |
| 64 | 190 | BLU | BRO | Yes | USA | 704-942-8477 | |

| Code | | Name | (First) | (Middle) | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| OFCR | | | | | | | |
| Address | | City | | State | Zip | Drivers License Number | State |
| | | | | | | | |
| Height | Weight | Eyes | Hair | United States Citizen? | Country of Origin | Home Phone | Other Phone |
| | | | | | | | |

| Code | | Name | (First) | (Middle) | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| OFCR | | | | | (b) (3)-P.L. 86-36 | | |
| Address | | City | | State | Zip | Drivers License Number | State |
| | | | | | | | |
| Height | Weight | Eyes | Hair | United States Citizen? | Country of Origin | Home Phone | Other Phone |
| | | | | | | | |

| Code | | Name | (First) | (Middle) | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| OFCR | | | | | | | |
| Address | | City | | State | Zip | Drivers License Number | State |
| | | | | | | | |
| Height | Weight | Eyes | Hair | United States Citizen? | Country of Origin | Home Phone | Other Phone |
| | | | | | | | |

## Vehicles Involved   V1= Driven by DRV1   V2= Driven by DRV2   STOL=Stolen   RECV=Recovered   IMPD= Impound

| Code | Year | Make | Model | Style | Color | Registration Plate | State | Mo/Yr |
|---|---|---|---|---|---|---|---|---|
| | 2007 | Infiniti | | | Gry | 625875A | MT | |
| VIN | | | Mileage | | Remarks (If vehicle was towed list which company) | | | |
| Owner (Last Name) | | | First | (Middle) | | Race | Sex | DOB |
| Address | | City | | State | Zip | Drivers License Number | | State |
| Vehicle Towed Date/Time | Owner Notified Date/Time | | Insurance Company | | Policy Number | | Expiration Mo/Yr | |

| Code | Year | Make | Model | Style | Color | Registration Plate | State | Mo/Yr |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| VIN | | | Mileage | | Remarks (If vehicle was towed list which company) | | | |
| Owner (Last Name) | | | First | Middle | | Race | Sex | DOB |
| Address | | City | | State | Zip | Drivers License Number | | State |
| Vehicle Towed Date/Time | Owner Notified Date/Time | | Insurance Company | | Policy Number | | Expiration Mo/Yr | |

| Form #G4015 REV Aug 2004 (Supercedes G4045 Rev Sep 2001 which is obsolete) | SDO SARU Name Notification Time | Comm. Ctr. Officer Name ID# | | Page | | |
|---|---|---|---|---|---|---|
| | | | | 1 | of | 2 |

UNCLASSIFIED//FOUO

| PRIVACY ACT STATEMENT: Authority for collecting information requested on this form is contained in 40 U.S.C. 318 and 50 U.S.C. 402 note N.S.A.'s Blanket Routine Uses found at 58 Fed. Reg. 10,531 (1993) as well as the specific uses enumerated in GNSA01, GNSA03, GNSA07 and GNSA10 apply to this information. The requested information you provide may be used for reporting purposes to Agency organizations, the National Crime Information Center, and other police agencies. There is no current requirement or penalty for failing to provide the requested information. | **NSA Police Incident Report** |  |

(b)(6)
(b)(7)(C)
OGA

Narrative: On 20130801 at approx. 1220 I was notified by OFC[____] about an individual walking near the VCIF. PFC [____] and I responded and made contact with Braun. Braun informed us that he believed that someone had stolen his identity and was tracking him by GPS. Braun stated that he was requesting help from the US government to find the people involved. He stated that " I contacted the FBI and [_____] sent me here to the NSA." SA [_____] arrived, made contact and interviewed Braun. Braun departed the property without incident. SOCC notified. SOCC advised that Braun had appeared at Fort Meade in the past.

| Time on Scene | Time Arrived | Time Secured | Page | | |
|---|---|---|---|---|---|
| 1220 | 1220 | 1310 | 2 | of | 2 |

| Case Control Number  U13213001 | Linked Case Control Number |
|---|---|
| | |

(b)(3)-P.L. 86-36



UNCLASSIFIED/~~FOR OFFICIAL USE ONLY~~
# National Security Agency Police
### Vehicle Rejection Record
#### OFFICER NO. __1164__

**1  Driver** (Printed)                                                                DOB

Last _Braun_   First _David_        Middle _Steven_           Month _09_  Day _30_   Year _1968_

**Driver's License Number**                                                   U.S. Citizen
_0906719684130_              State: _MT_  ☒ YES
                                              ☐ NO  Country of Origin _____

**2  Vehicle Information**

Make: _Infiniti_ _____  Model: _____  Color: _Grey_ _____

No. of Occupants: _1_  Tag Number: _625875 A_ _____  ☐ Temporary
                                                          ☐ Dealer    ☐ MD ☐ DC ☐ VA ☐ PA ☒ Other _MT_

**3  Incident**   Date _08/01/2013_ Time (24hrs) _1220_    **Post Location**
                        (MMDDYYYY)                     NSA VCP# ____ FGGM Gate# ____ DoD___ MSP/ERT ___

**Driver Information**

Place of Entry Into the U.S. _____  Date of Entry Into the U.S. __/__/__
                                       (IF APPLICABLE)                                        (MMDDYYYY)

Driver's Social Security Number (if known): _279_/_66_/_5853_ Height: _6' 64"_ Weight: _190 lb._

Any Physical Markings (scars, tattoos, etc.): _____

**4  Reason for Rejection**          ☒ Vehicle Occupants Notified of Privacy Act Statement
  ☐ Lost (fill in destination) _____
  ☐ Wrong Gate (desired gate and reason) _____
  Suspicious?  ☐ NO ☒ YES  (IF YES, FILL IN DETAILS) Code: _2_ _____
  1. Criminal Activity   2. Database Confirmation     3. Foreign National    4. No Identification
  5. Possible Surveillance   6. Officer Observations   COMMENTS: _Repeat offender. Was just back_
  _at Fort Meade at the screener post not too long ago._

**5  Employment Authorization Card Number:** _____ Exp Date: _____ Issued By: _____

Resident Alien Card Number: _____  Exp Date: _____

Passport Number: _432532649_ _____  Exp Date: _10/02/2017_ Issued By: _USA_

Visa Country Issued From: _____  Reason Issued: _____

Form K7520

540981 – NSA Creative Imaging

CONFIDENTIAL

# Q05 - SECURITY OPERATIONS COMMAND CENTER (SOCC)
## INTERNAL DISTRIBUTION REPORT

INFORMATION SHOULD BE DISSEMINATED TO ONLY THOSE OFFICIALS WHO
HAVE A NEED FOR THE INFORMATION IN THE PERFORMANCE OF THEIR
DUTIES.ANY DISSEMINATION OF THE INCLUDED INFORMATION OUTSIDE
ADS&CI MUST BE COORDINATED WITH SOCC FOR RELEASE APPROVAL

THIS ACTIVITY REPORT MAY CONTAIN INFORMATION WHICH IS PROTECTED
UNDER THE PRIVACY ACT OF 1974.

(b)(3)-P.L. 86-36

DATE: 01-AUG-13    SUBJECT: UNSOLICITED  LOG ID:        FOREIGN
14:17:56           CONTACT            201359592       NATIONALS:

ACTION/INFO:

(U) ****REFERENCE LOG ENTRY DATED 05 FEB 2013, 1041 HRS**** (U//FOUO)
PFC [        ] Q05CC, ADVISED OFC [        ] Q1AU1, IS CURRENTLY WITH AN
INDIVIDUAL WHO ADVISED HE HAS A FOIA REQUEST AND WAS INVITED TO THE UTAH
DATA CENTER, (UDC). PFC [        ] SUBMITTED MVA, WANTS, WARRANTS AND
CRIMINAL HISTORY CHECKS VIA THE NATIONAL CRIME INFORMATION CENTER (NCIC)
SYSTEM. ALL CHECKS RETURNED CLEAR AND VALID. [        ] CHECKS RETURNED
THE INDIVIDUAL IS A REPEAT UNSOLICITED CONTACT HAVING CALLED NSA
MULTIPLE TIMES AND ARRIVED AT THE NSAW CAMPUS ON ONE OCCASION. (U//FOUO)
UPDATE: 1422 HRS, THE SDO CONTACTED MR. [        ] F7D, WHO ADVISED
HE WOULD RESPOND. (U//FOUO) UPDATE: 1450 HRS, MR. [        ] CLEARED THE
SCENE AND THEN CONTACTED THE SOCC. THE INDIVIDUAL IS IDENTIFIED AS MR.
DAVID STEVEN BRAUN (NO AGENCY AFFILIATION), SSN: 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, D/POB: 30
SEP 1968 CLEVELAND, OH; MT DL #0906719684130; DL ADDR: PO BOX 161490,
BIG SKY, MT, 59716; PHYSICAL ADDR: 155 AURORA LIGHTS DR, B10, BIG SKY,
MT; PH: 704-942-8477. MR. BRAUN WAS OPERATING A GRAY 2007 INFINITI FX3,
MT TAG #G846772, VIN: JNRAS08W27X210009, REGISTERED TO HIMSELF. MR.
BRAUN HAS BEEN STAYING AT A HOTEL IN PARK CITY, UT, SINCE 31 JUL 2013
(NFI). ON THIS DATE, HE TRAVELED TO THE FBI OFFICE LOCATED IN SALT LAKE
CITY, UT AND WAS DIRECTED BY A MR. [        ] TO COME TO THE UDC. MR.
BRAUN IS SEEKING ASSISTANCE WITH HIS ACCOUNTS BECAUSE HE BELIEVES THEY
HAVE BEEN HACKED. MR. BRAUN BELIEVES HIS POSTAL ACCOUNT AND E-MAIL WERE
HACKED BECAUSE HIS POST OFFICE BOX COMBINATION WAS CHANGED. MR. BRAUN
REQUESTED ADDITIONAL INFORMATION ON HIS FOIA REQUEST AND PROVIDED THE
CONTROL NUMBER. MR. [        ] INSTRUCTED MR. BRAUN TO CONTACT THE FOIA
OFFICE BY TELEPHONE AND DIRECTED MR. BRAUN NOT TO RETURN TO THE UDC
CAMPUS. MR. BRAUN WAS THEN PERMITTED TO DEPART THE SCENE. (U//FOUO)
UPDATE: 1501 HRS, THE SDO BRIEFED MS. [        ], C/Q05. PFC [        ]
ISSUED CASE CONTROL #13213001. A COPY OF THIS LOG ENTRY WAS E-MAILED TO
MR. [        ], C/Q14; MR. [        ], D/Q14; MR. [        ],
C/Q141; AND THE DL Q32 TMU ALIAS.

OFFICERS: [        ]

(b)(3)-P.L. 86-36
(b)(7)(E)
(k)(2)

(b)(6)
(b)(7)(C)
OGA

CONFIDENTIAL

Exhibit 18

**David Braun**
**PO Box 161490**
**Big Sky MT, 59716**
**646-584-1417**
David_Braun@msn.com

## BACKGROUND & SUMMARY

Since 1990, I have been employed in the computer industry in a broad range of capacities. The last ten off witch have been focused on finance.   These twenty years of full time experience have provided the learning opportunities that allowed me to become knowledgeable in the following areas of finance and computer science.

- Understanding of Statistical Arbitrate and algorithmic trading including Direct low latency quotes, exchange connectivity  (ECN's and Dark Pools), simulations and evaluation off  trading ideas.  Series 7 licensed.

- Unix/Linux on Sun including Solaris and E15K, HP, Dec, IBM, HP  platforms and Intel based platforms . All system calls, including Sockets, Shared Memory, Threads, C, Bourn, Kourn , Bash Shells and utilities.

- Understanding of Value at Risk, Stress Testing, Options pricing  including Black-Scholes and  Binomial Trees ,  The Greeks and sensitivity analysis, Fixed Income, Futures, Equity  Pricing, and hedging.

- C, C++,  Sql, Perl, Visual C++,  C#, Lisp, Basic, and assembly languages.

- R, Matlab Statistical packages.

- Market Data including TAQ and Level 2 Book Data.

- Ms-Dos,  Window 3.1, 95, 98, & XP
- Oracle:  Developer 2000, Pro-C, PL/Sql.
- Sybase, Informix, Dbase, Db-Vista, Velocis databases.

- X-Windows (Xlib, Xt Intrinsics, XIE).
- Motif, Xvt, Athena, LUI, O-I, and Microsoft foundation Classes Widget sets.

- 3d Graphics including polygonal and voxel based rendering algorithms.  Use of Dore and Avs visualization software.

- Real Time system design and implementation.

- A comprehensive understanding of vector and parallel programming.

- MQ middle ware

## PROFESSIONAL EXPERIENCE:

**Aug 2008 to April 2011:**
**Trader/Senior system Engineer**
**Shandel Management**

Shandel Management is a management company currently funded by Millennium Partners. We have a medium frequency statistical arbitrage strategy that has been as big as 1 billion. We are a market neutral strategy with virtually no correlation to the overall equity market while still holding up to a billion in US equities. We are totally automated, with direct low latency Moma/Wombat quotes, exchange connectivity to all ECN's and two dark pools. We have traded as much as 13 million shares in a single day. I am responsible for all technical aspect of this system other than the models, including quotes, exchange connectivity, Pnl including all costs and rebates, enhancements/ports off the code and daily trouble shooting of production problems. The system is C++ based running several 8 processor Linux systems. Also have been a involved in doing a industry survey with an eye towards replacing our current infrastructure with another vendor. I am familiar with most off the managed hosting/colo vendors in terms off what products are offered and the price points in the market.

In addition to supporting the existing system, I am encourage to develop new trading strategies. One such strategy is currently just entering production. It is a market neutral strategy with a sharp of 2.6 on recent market data. I was responsible for all aspect of the development of the strategy including running the simulations, the original statistical work to pioneer the concept, and even manually trading some off the signals. The work was done in C++, R, Perl, and Excel. As we have direct exchange connectivity, I carry a series seven and am completely comfortable manually trading to support the book. I have worked 20-30 million emini orders as a hedge to maintain a market neutral stance many times.

**Jun 2000 to April 2007**
**Vice President:**
**JPMorgan Chase Market Risk Technology**

After a year and half as a Senior Consultant I became a full time Vice president for the investment bank. While with the bank I, worked on many projects including the re-implementation of the bank's value at risk computation server. The re-implementation took full advantage of the massively parallel architecture of their new 64 processor Sun E10K. Coded dozens of calculators including full revaluation Equity Options using Black Scholes and Binomial pricing models, Muni bonds, Swaps, IPO equities, Delta/Gamma/Vega calculator that estimated the risk of Exotic IR and Flow Desk Option portfolios, a Constant Maturity Futures/Option on Futures calculator, and worked with some Mortgage sensitivity calculators that included Vega , OAS, Convexity, Duration, and the Current Coupon/Libor spread. All code was thread safe and took advantage of the parallel architecture and is used in production to compute both Var and Stress test numbers for the entire Bank. The project aloud me to obtain a very good understanding of Value at Risk and the historical simulation method.

Also developed a batch process stress factor generation program that generated stress factors for over 100 interest rate, currency combinations. Rather than simply shocking the raw data, forward rates were computed and shock factors were applied. The forward rates were then transformed back to Par curve's. Swap and Zero rate shock factors were generated. In addition, a spread to base methodology that shocked the forward rates of the base curve as well as the spread was used to generate FX and Government factors. The program was coded using 5 thread safe queues that took full advantage of the parallel architecture of the Sun machine. I was responsible for the overall design and coding of the program. All work was done using C++, Sybase and some Perl.

My duties in Market Risk Technology have included raw coding, documentation and project management. More recently I have been a key resource in mentoring new employees and responsible for coverage of several line of business in the risk management space. I have been personally responsible for the document preparation, scheduling, supervising the implementation, and monitoring the process of several large projects. All projects were CMMI compliant and implemented in accordance with the banks policies.

**Oct 1999 to April 2000:**
**Senior Consultant:**
**Cole National:**

Functioned as lead Architect and engineer for an insurance claims processing system for 500 Perl retail stores. Insurance information is collected at the point of sale and transmitted via modem to a HP Risc server. The project was implemented in a three tier MQ middle ware environment. A bank of 32 Us Robotics modems are answered by multiple C++ communication clients. The received claims are transmitted via MQ to a bank of C++ claims processing servers. For phase one, the C++ servers call a Pick program that process the claim and returns the reply. In future phases, the Pick processing is to be replaced by a new Java system. The new Java system is to be phased in over an 18 month period in a dynamic fashion. The three tier architecture will allow claims to be routed dynamical to either the old Pick system or the new Java system in real time. The work was done in C++/Oralce Pro-C on an HP-UX risc server. I was the lead architect and personally implemented the C++ communication client. Was also heavily involved with the MQ communication code and the C++ to Pick interface. Other duties included mentoring a new junior employee and enhancements on a off site MQ based Aetna insurance link.

**May 1999 to Oct 1999:**
**Senior Consultant:**
**Bayer Corporation:**

Worked as a member of the Advia Centaur software development team. The Centaur is a Chemi Luminescent blood testing machine that runs on twin Sun Solaris systems, and contains more than a million lines of code. The machine operates on the principal that certain chemicals emit light when transformed from an acid to base solution. The amount of emitted light is measured and corresponds to the concentration of disease present in the sample. I was responsible for the database section of the code, and duties included fixing dozens of bugs as well as major enhancements for the next release of software. The work was done in an X-Windows, Sun Solaris, Oracle, Pl-Sql, Pro-C, C computing environment. This included developing Pro-C procedures that were used by the rest of the software and heavy development of stored PL-SQL packages and triggers.

**Dec 1997 to May 1999:**
**Senior Consultant:**
**Daewoo Heavy Industries of America:**

Worked as a member of the MIS staff supporting and enhancing their Fourgen MIS system. Projects included: Ports of a Construction Equipment warranty and sales system, enhancements of a lift truck warranty system, enhancements to the Construction Equipment Sales and Purchasing system, as well as various EDI systems and reports including rental machine depreciation, gross profit sales analysis, monthly receiving, cost of rental machines and inventory valuation and aging. The work was done in Informix 4gl utilizing Fourgen case tools in a IBM AIX, Windows 95 environment .

**Jun 1997 to Dec 1997:**
**Senior Consultant:**
**Rubbermaid:**

Developed a distributed printing application that facilitates the operation of an automated distribution facility. The printed labels are applied to the product in the pick lines and the product is then places on a conveyor. It passes through an automated sortation system that scans the barcode on the label an routes the product to the appropriate truck. The system takes input from the SAP/Cobol order entry/load planning module on an IBM RS6000/AIX Unix platform at a central location. An Oracle database is populated through a Pro-C program and unique serial numbers are assigned to each label. The resulting labels are transferred to a Window 95 MFC application located at the distribution facility. Labels are then printed on

Intermic or Meto Bar code printers.  GUI screen that control the process were developed  in Developer 2000/PL-SQL and Visual C++/Microsoft Foundation Classes.

**Feb 1996 to April 1996:**
**Consultant:**
**Bell & Howell:**

Worked as part of a team implementing an automotive dealership information archival product.  The product was designed to capture all of the accounting reports from the dealer's MIS system, as well as scanned images and archive them to CD-ROM.  The work was done in a C, C++ Xvt, Sun Solaris and Windows 95 environment.  I was personally responsible for the backup/restore, CD mounting and un-mounting, and tape archival portions of the product.

**Mar 1993 to Jun 1993:**
**Contract Engineer:**
**Schlumberger**:

Was responsible for the implementation of a front end GUI for a I-beam probing product (a device used to visualize and modify integrated circuit devices).  The work was done  in a OI, C++, Sun programming environment.  My responsibilities included the design of the core data structure and the implementation of the GUI front end as well as a port of their existing code from C to C++.

**Oct 1991 to Dec 1992:**
**Member Technical  Staff**
**Kubota Pacific Computer:**

Was a member of the team the produced the Denali 3d graphics card.  Responsibilities included integrating and testing XIE with the core X server, design of hardware and software for 3d volumetric rendering, developing 3d mesh generation algorithms under Stardent's AVS visualization software and implementing image processing routines in C and imbedded AMD29050 and Alpha assembly languages.  Also ported a 100,000 line X/Motif based application to Dec's new Alpha based hardware platform.  Was involved in asic testing and because of my image processing background, was a member of a team that was responsible for handling the companies largest customer.

**Jan 1991 to Sept 1991:**
**Senior Software Engineer, Dept of Neurological Computing:**
**Cleveland Clinic:**

Designed and implemented a state of the art signal analysis program in an X/Motif HP-UX programming environment.  The project consisted of 25,000 line of C code, with key performance critical sections coded in 68040 assembly.  Also constructed a working feasibility studies of workstation based data analysis system, and a medical image processing system.  The signal analysis system has been in operation for over a year, and was featured on the cover of Sept, 1992 IEEE computer magazine.  The data acquisition prototype has grown into a full fledged product and has been in operation for several months.

**Mar 1990 to Jan 1991:**
**Software Engineer:**
**Picker International:**

Functions as the Vistar groups senior software engineer, performing optimization, and algorithm adaptation to the Titans vectorized  parallleized architecture.  Was also the groups roving debugger, Unix/X-Motif expert.  Projects included optimization and development of 3D surface rendering algorithms. Ports of Motif and DB-Vista, and evaluation of new Stardent hardware.  Work was done in a C, X-Motif software

environment and because of my extensive X, Unix, real time experience, I was picked to consult on the design/architecture of the companies next generation Magnetic Resonance Imaging product.

## OTHER WORK EXPERIENCE:

For approximately 5 years I worked part-time (after school and Saturdays) in various technical positions at various institutions, including the Case Western Reserve Medical School, and several fortune five hundred companies.

## EDUCATION:

University of Colorado Boulder, College of Engineering:
BSCS: Major Computer Science: 1990
Master classes in
3D graphics
Econometrics
Other Classes:
Java
HTML

## PUBLICATIONS:

Burgess RC, Braun, DS, Collura TF, Jacobs EC, and Turnbull JP.  Interactive analysis of epileptiform EEG abnormalities using a digital signal processing workbench.  Annual Meeting of the American Epilepsy Society, San Diego CA, November 10-14, 1991

Collura TF, Braun DS, Burgess RC, and Jacobs EC.  Workstation based editor/viewer for intensive EEG.  American Electroencephalographic Society Annual Meeting, Philadephia, Pennsylvanie Dec 11-12,1991

Burgess RC, Collura TF, Braun DS, Jacobs EC, and Luders H. Papers review of long-term EEG from epilepsy monitoring unit patients.  Epilepsia, 32 (Suppl. 3), 98, 1991

Collura T, Braun DS, Jacobs EC, Burgess RC, Turnbull JP.  A workstation based viewer of paperless clinical EEG.  Proceedings of the 13TH Annual Conference of the IEEE.EMBS, Orlando, FL, November 1-3

Sports & Hobbies:  Skiing, USSA racing program – regional championships, tennis and swimming.  Member of Rotary.

# FILED

**APR 2 2 2013**

Clerk, U.S. District Court
District Of Montana
Butte

US District Court

District Of Montana

TO BEFILED UNDER SEAL  31 U.S.C. § 3730(b)(2)

David Steven Braun
155 Aurora Light DR 10B
Big Sky MT, 59716-1950

David Steven Braun
PO Box 161950
Big Sky MT, 59716-1950

VS

US Government

Over the past 44 years, me and my family have had consistent problems.  I have approached several law enforcement branches of the government.   I have also approached the military as I thought that this branch off government had the expertise, to investigate and correct the situation.  I have been assigned a NSA Case number 70340.  I have started the appeal process simple as a formality, I am happy to leave the details berried with the dead.

I would like to note, that this branch off government is the only one that has ever stood beside me, and I believe that this is why I am still alive and able submit this civil suite.  Through the course off these events,  I have been put under great financial, hardship.  While we cannot reverse time,  the money that this suite awards will help solve part off the practical problem.  If you can award the full amount,  I would love to engage in philanthropic  or charitable events.  I would love to marry, or at least get a life long companion.

If possible, could the court clarify my legal status.  Am I still under the supervision off the DOJ, or some other regulatory body.  I am aware that due to these events,  at a later time, someone might come looking for me, late at night, or on the side off the road.  For this reason, I understand the Law Enforcement has special privileges  for carry concealed weapons.  If possibly can you grant this and explain the particulars.   Even with a carry permit, the laws from state to state very greatly and can be very technical.  Can you explain on how to interface with officers to avoid this situation?  Any special treatment for Class 3 and Purchasing handguns out off state that can be granted would also be appreciated.   Can you also brief me on how a search warrant would be served and if required how the first 72 hours off any detention or incarceration would be handled.  I have had some bad experiences.  There may have been some things done inside off police cars, or possibly assigned some properties off military intelligence.  Could you clarify this.

Some off the problems that I might encounter  in the future might happen very quickly, and might not be the typical every day events seen buy local law enforcement.  If possible, can you give me a way to get in touch with an operations center that can deal quickly and effectively with what ever needs to be done.

At this point, I am 44. I have very few friends due to this situation. As a minimum I will never have a pension, and will for the rest of my life be responsible for my own medical care. This award as a minimum will allow me to enjoy the rest of my days.

If it will require the court to take some time to look into this matter, if you need more information from me, I would be happy to provide it.  I have been living of my own saving for over the last two years, without a pay check and responsible for my own medical expenses.   If an initial distribution can be made while the process goes forward, that would be off great help.

Justice, I realize that this is an unusual suite. It would be a privilege if one off the judges would discuss the situation with me.

If any one has lead the court to believe that they are my attorney, or doctor, or have made inquiries or signed my name, this was without my knowledge and done behind my back. If your records indicate any Thing like this, or that there is any court order or pending issues that might block these proceedings, please at least make me aware off what they are. I will try to address them. I have had nothing more than traffic tickets and have never been bankrupt or a member of a corporation. If you records indicate otherwise, please let me know.

Over the last 44 year, I have been mikked several times.   Including a bar in Montana, a restraint etc. I hit an Emergency room in Nevada and barely walked out with neurological functions after an IV.   There have been three strokes in my family, which have been induced by mikes.  My mothers surgery did not go well. Two companies my farther was ceo off were forced into bankruptcy  and he ultimately committed suicide for the life insurance police.   Medication was dispensed  in hospitals to which I did not consent.  This was done in the mid nineties. There have been illegal wire tapes, email, and cell phone surveillance which is why the NSA case was opened. While in Montana, a person was allowed to change their name to one almost exactly the same as mine Then he was able to somehow associate himself with my mailing address in such a way as if you ran any public record by phone number or name and address which is how it would be done if you submitted a civil suite,  or were screening an applicant from information obtained in a resume. This was done behind my back. It has caused significant harm in it self. It has prevented me from gaining work in my field. It has also kept me isolated in the community. It is simply a reason for people to pick something else. At one point, according to the public record, I was now working up in Billings. There has also been  some drift in addresses, and other parts off my history. This in itself is very unfortunate. I have submitted two other civil suites in us district court Washington DC 1:13-cv-00422 and one in soupier court in Bozeman, case DV-13-216C. If you would like more details, please feel free to pull them up.

Sir, I'm not stupid. In my understanding off law, I would classify this as in the realm off foreign military intelligence operating on us. I have not willingly participated in this. I get no pleasure or profit from it, exactly the opposite. There is no profit or service, we are fabricating records. Using wire taps, access to databases, etc . I have received copies off records from lawyers that have addressed that do not belong to me. When asked where the lawyer got the address, she becomes very evasive. I have asked for assistance, none has been granted.   Please feel free to run a record search as part off this suite.

The wire taps and especially the email have been used to manipulate the people around me. It has been used over the years to keep me single.   Make sure that I am not in a healthy long term relationship. And in the end make sure that the women I end up with is foreign or has connection to people that have allot off international connections.   It has also been used to manipulate my pay rate and terms off my

employment contracts so that I will never have a pension, and never be able to save enough money to retire on. The general idea is to use me, run me around then dump me off and make sure I never get the next job buy manipulating public records.

There have been two transcripts from a Montana medical review board that have either been destroyed or not released. I noticed that the Gallatin County sheriff and the CEO off Bozeman Deconise retired at about the time off these two hearings. As a minimum, these records might be use full in further proceedings. If nothing else, it would have been helpful in informing me that there was a fraugelent entry in a database. All the drugs, the mikes and the antidotes have taken some affect. This money will allow me to be secure for the rest of my days an go forward with some quality of life. I will never have a true place off business, or be able to go back and remake friends. We must go forward. At least I will never starve and enjoy some quality off life.

If you feel that you need more detail, even after reading the two additional suite, sir I would love to provide it. At this point, I believe that the thing that did this is gone from all off our lives. I would love to financially compensated and just go on. There has obviously been so much rumor and innuendo spread around the state that on a daily basis, people are not friendly. In addition, I was known to have the place in big sky by several foreign militaries. Sir, I off all people wish that these events had not happened on American soil, or wish it had gone away much sooner. I realize that this is an unusual suite. I am requesting that a generous sum be transferred from some federal budget or account. Can you offer a suggestion on how to proceed. I asked for some basic advice on lawyer.com. Off the 500,000 lawyers, I got only one response, and he didn't seem to have any direct experience with this.

I have done some large dollar risk management, and hedge fund trading. I am very comfortable dealing with adult sums off money. Any thing that can be dealt with electronically would be fine. Wire off cash payment, tbills, bonds, large blocks off stock etc.

Thank you for the courts time.

David S Braun