US District Court

District Of Columbia

David Steven Braun

VS

National Security Agency

Case: 1:15-cv-01266
Assigned To : Leon, Richard J.
Assign. Date : 8/7/2015
Description: FOIA/Privacy Act (I)

Motion/Explanation off Po Box as Mailing address

**FILED**
AUG - 7 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

    Note to the Clerk, explanation to the court.   I am submitting this Pro Se,  and am using my ski condo in Rule Montana as my residence.   I am located in Big Sky,  about 50 miles up a windy mountain road from the City of Bozeman.   There is no actual us mail delivery to my door.   In Big Sky all Us Mail is delivered to a PO Box at the Big Sky post office about a mile away from my condo.   My current box 161950 is provided buy the post office as No Fee since I am a property owner.   There has been consistent problem with mail tampering at this post office.    Their package rate per day is very low.   It is quit easy to see a package addressed to clerk off courts,  or a green card return receipt for proof off service.     I halve there for moved the address on my driver's license and this case to a close buy federal post office in Gallatin Gateway.

    Note that both the post office box an my property are located in ~~Big Sky~~,  in Gallatin County and both are in Montana.  I.E   I am under the same set off laws.   Also note the Montana DMV was happy to put the PO box as the address on my driver's license.   I realize that it is important to establish the location off legal residence for a number off reasons least off which is that it determines which set off laws and which venues a case can be submitted in.   In either case,  I am a resident off Gallatin County,  in the state off Montana.

    Please let me make the court aware,   that it is my understand that the post office has the right to return mail,   if the PO Box is not part off the address label.   These are legal proceedings,  this has caused problems in the past.   People halve intentionally addressed legal documents from the local court house to 155 Aurora Light Dr B10 which is not deliverable and they were returned.   This generated a warrant for contempt failure to appear.   I was accosted out off my Condo after returning from vacation buy local police put in hand cuffs and forced to ride 50 miles in the back off a police car,  booked into jail and dumped out onto the street off Bozeman on a Saturday Evening.   Had I not been able for any reason to make bail.   I don't believe I would halve been alive buy Monday Morning.

    A note to the clerk and Judge's on this case.   Their has been some illegal wire tapping,  I don't believe that this was done buy the NSA.   Since the billing and legal mailing address off the Condo is the PO Box,   this is the address you would put into any computer to find out the occupants/background when among other things



RECEIVED
Mail Room

JUL - 6 2015

4

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

evaluating say a cell or land line for a wire tap, or a pre screening off an applicant who is being considered for a high powered job in say hedge fund trading.


Please let me also state, there has been considerable and malicious tampering in the computer systems to among other things gains these court ordered electronic surveillance warrants. You may be misled buy what you see on your computer screen's in DC. I halve included a DOJ Stipulation of Identity, a copy off my PO Box registration form etc. I am the only Legal and Physical occupant of 155 Aurora Lights Dr B10 and PO Box 563 Gallatin Gateway. I halve been the only occupant ever since I purchased the property.

David Steven Braun
PO Box 563
Gallatin Gateway, MT 59730-0563
406-404-2027
Dbraun119@4securemail.com

*David S Braun*

6/31/2015